# EXHIBIT A

1  Jennifer P. Nore (#004951)
Gregory J. Marshall (#019886)
2  John M. DeStefano III (#025440)·
SNELL & WILMER L.L.P.
3  One Arizona Center
400 E. Van Buren
4  Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
5  Attorneys for Defendants Mortgage Electronic Registration
Systems, Inc. and Wells Fargo Bank, N.A.
6

7  **IN THE UNITED STATES DISTRICT COURT**

8  **FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| 9    AOM, Group, LLC, Trustee of Stemar | No. CV 10-00605-PHX-MHM |
| 10    Land Trust, Steven J. Von Prisk and Marisssa L. Von Prisk, beneficiaries, | **SEPARATE DECLARATION OF** |
| 11 | **COUNSEL IN SUPPORT OF WELLS** |
|             Plaintiff, | **FARGO BANK, N.A.'S MOTION FOR** |
| 12 | **SANCTIONS AND AWARD OF** |
|    vs. | **ATTORNEYS' FEES** |
| 13    Provident Funding Associates, LP, First | |
| 14    American Title Company, Trustee, Mortgage Electronic Registration | |
| 15    Systems, Inc, Mark S. Bosco, Wells Fargo Bank, NA, Michael A. Bosco, Jr., | |
| 16    its assignees and/or successors-in-interest and Does 1-40, | |
| 17             Defendants. | |

18

19         Pursuant to LRCiv 54.2(d)(1), counsel for Defendant Wells Fargo Bank, N.A.

20  ("Wells Fargo") provides the following statement regarding its good faith efforts to

21  arrange a consultation to resolve all disputed issues relating to Wells Fargo's request for

22  an award of its attorneys' fees.

23         On October 21, 2010, counsel for Wells Fargo emailed counsel for Plaintiffs

24  informing him of Wells Fargo's intent to seek approximately $25,000.00 in attorney fees,

25  as the prevailing party in an action arising out of contract under A.R.S. § 12-341.01 and

26  also as a sanction. In this email, Wells Fargo's counsel asked Plaintiff's counsel for a

27  personal conference regarding potential settlement of this fee request. Plaintiff's counsel

28  did not respond to the email. Wells Fargo also attempted to contact Plaintiff's counsel by

*Snell & Wilmer*
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

telephone but he could not be reached.

Counsel for Wells Fargo has "made a good faith effort, but has been unable, to arrange [a] conference" regarding attorney fees as provided in LRCiv 54.2(d)(1).

I hereby certify that the foregoing information is truthful and accurate.

DATED this 25th day of October, 2010.

SNELL & WILMER, L.L.P.


By:    s/ John M. DeStefano III
       Jennifer P. Nore
       Gregory J. Marshall
       John M. DeStefano III
       One Arizona Center
       400 E. Van Buren St.
       Phoenix, Arizona 85004-2202
       Attorneys for Defendants Mortgage Electronic
       Registration Systems, Inc. and Wells Fargo Bank, N.A.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of October, 2010, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard E. Clark, Esq.
General Counsel
AOM Group, LLC
2942 N. 24th St., Suite 109
Phoenix, AZ 85016
richardc@theaomgroup.com
Attorney for Plaintiffs

Leonard J. McDonald Jr., Esq.
William Morris Fischbach III, Esq.
Tiffany & Bosco P.A.
2525 E. Camelback Rd., 3rd Floor
Phoenix, AZ 85016
ljm@tblaw.com
wmf@tblaw.com
Attorneys for Defendants Mark S. Bosco,
  Michael A. Bosco, Jr., and Provident
  Funding Associates, LP

*s/ John M. DeStefano III*

12112964.1