# EXHIBIT B

Jennifer P. Nore (#004951)
Gregory J. Marshall (#019886)
John M. DeStefano III (#025440)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Attorneys for Defendants Mortgage Electronic Registration Systems, Inc. and Wells Fargo Bank, N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AOM, Group, LLC, Trustee of Stemar Land Trust, Steven J. Von Prisk and Marisssa L. Von Prisk, beneficiaries,<br><br>Plaintiff,<br><br>vs.<br><br>Provident Funding Associates, LP, First American Title Company, Trustee, Mortgage Electronic Registration Systems, Inc, Mark S. Bosco, Wells Fargo Bank, NA, Michael A. Bosco, Jr., its assignees and/or successors-in-interest and Does 1-40,<br><br>Defendants. | No. CV 10-00605-PHX-MHM<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF WELLS FARGO BANK, N.A.'S MOTION FOR SANCTIONS AND AWARD OF ATTORNEYS' FEES** |

I, John M. DeStefano III, declare as follows:

1. I am a member of the State Bar of Arizona and an associate with the law firm of Snell & Wilmer, LLP ("Snell & Wilmer"), counsel for Defendant Wells Fargo Bank, N.A. ("Wells Fargo") in this action. I make this Declaration on my own personal knowledge and in support of Wells Fargo's Motion for Award of Attorneys' Fees and Non-Taxable Expenses (the "Motion"), pursuant to LRCiv 54.2(d)(4).

2. Attached as Exhibit C to Wells Fargo's Memorandum of Points and Authorities is Wells Fargo's Task-Based Itemized Statement of Attorneys' Fees and Expenses ("the Itemized Statement"). Pursuant to LRCiv 54.2(e), the Itemized Statement identifies in chronological order the following information: (1) the date on which the

service was performed; (2) the time devoted to each individual task performed on such day; (3) a description of the service provided; and (4) the identity of the attorney, paralegal or other person performing the service. This information was compiled from the client billing statements that were prepared and maintained by Snell & Wilmer in the regular course of its business. The attached statements have been redacted to omit the substance of attorney/client communications or attorney work product.

3. All of the fees identified in the Itemized Statement are fees that have been actually billed to Wells Fargo and which Wells Fargo has either paid or agreed to pay pursuant to the terms of its fee agreement.

4. Greg Marshall is a partner at Snell & Wilmer. Mr. Marshall has been practicing law in Phoenix, Arizona for more than 12 years and has focused his practice in the area of financial services litigation. Mr. Marshall has litigated and tried numerous cases in various state and federal courts, administrative proceedings, and alternative dispute resolution forums. In 2010, the normal hourly rate that Mr. Marshall charged his clients was $385. Based upon his knowledge and experience, his hourly rate in this matter is representative of the typical hourly rates that would be charged by a lawyer with similar experience and credentials in a similar matter. Wells Fargo agreed to pay his hourly rates in this action.

5. Jennifer P. Nore is a partner at Snell & Wilmer. Ms. Nore has been practicing law in Phoenix, Arizona for more than 32 years and has focused her practice in the area of commercial litigation. Ms. Nore has litigated and tried numerous cases in various state and federal courts, administrative proceedings, and alternative dispute resolution forums. Ms. Nore has an AV rating from Martindale Hubbell. The normal hourly rate that Ms. Nore charged to these clients was $515 in 2010. Based upon her knowledge and experience, Ms. Nore's hourly rates in this matter are representative of the typical hourly rates that would be charged by a lawyer with similar experience and credentials in a similar matter. Jennifer Nore assisted with certain procedural issues in

this case while addressing parallel issues in other cases brought by AOM Group. The Wells Fargo Defendants agreed to pay Ms. Nore's hourly rates in this action.

6. Amanda Sheridan is a first-year associate at Snell & Wilmer who has experience in consumer credit litigation. Her hourly rate in this matter was $185 in 2010, the same rate that she typically charged to other clients in 2010. Based upon her knowledge and experience, Ms. Sheridan's hourly rates in this matter are representative of the typical hourly rates that would be charged by a lawyer with similar experience and credentials in a similar matter. Ms. Sheridan assisted with certain procedural issues in this case while addressing parallel issues in other cases brought by AOM Group. Wells Fargo agreed to pay Ms. Sheridan's hourly rates in this action.

7. I am an associate at Snell & Wilmer who joined the firm in 2009, after clerking in the federal judiciary for two years. My practice focuses on financial services litigation, and I have appeared and assisted in many actions similar to this one. I have coordinated the successful defense of numerous actions brought by AOM Group. The normal hourly rate that I charged my clients was $225 in 2010. Based upon my knowledge and experience, my hourly rates in this matter are representative of the typical hourly rates that would be charged by a lawyer with similar experience and credentials in a similar matter. Wells Fargo agreed to pay my hourly rates in this action.

8. True and correct copies of Snell & Wilmer's web pages listing biographical information for Attorneys Marshall, Nore, Sheridan and DeStefano are attached as Memorandum Exhibits J-M. To the best of my knowledge, these pages accurately reflect each attorney's background, experience, and qualifications.

9. Likewise, in my experience, the hourly rates charged in this case for para-professional support were reasonable and customary. The specific rate that was reasonable and customary for the level of experience in this case was Patricia Dooley's rate of $200 in 2010. Ms. Dooley, a litigation paralegal in Snell & Wilmer's Phoenix office, also works regularly with members of the firm's financial institutions litigation

- 3 -

subgroup in a litigation support role. Ms. Dooley became the principal paralegal on this matter in March 2010.

10. Snell & Wilmer also charged Wells Fargo for approximately $495.00 in legal research expenses incurred by Snell & Wilmer in representing Wells Fargo in this action. Wells Fargo has either paid or agreed to pay Snell & Wilmer for such expenses.

11. I have reviewed and approved the time and charges set forth in the Itemized Statement, and I believe that the time spent and expenses incurred were reasonable and necessary under the circumstances.

12. As set forth in the Itemized Statement, the total amount of attorneys' fees incurred by Wells Fargo was $20,818.50. This amount was for a total of 52.7 hours expended by attorneys. The total amount of paraprofessional fees incurred by Wells Fargo was $1,680.00. This amount was for a total of 8.4 hours expended by paraprofessionals. The total sum of $22,993.50 in fees for legal services rendered in defending this action is fair and reasonable for the services provided. This case involved substantial initial analysis, legal research and drafting. In addition, the obstructionist tactics of AOM Group, including the multitudinous claims alleged and defiant attempts to remand this case to state court, resulted in additional litigation expenses that could not be avoided.

13. The attached print-outs of web pages from the www.azforeclosureassistance.com website, Memorandum Ex. E, are true and correct copies of those pages as I encountered them on the internet on March 25, 2010.

14. AOM Group made one settlement offer on May 21, 2010, offering to dismiss the Complaint with prejudice if each party would bear its own costs and fees. Wells Fargo did not accept this offer.

I declare under penalty of perjury that the foregoing is true and correct.

- 4 -

DATED this 25th day of October, 2010.

SNELL & WILMER, L.L.P.

By: *s/ John M. DeStefano III*
Jennifer P. Nore
Gregory J. Marshall
John M. DeStefano III
One Arizona Center
400 E. Van Buren St.
Phoenix, Arizona 85004-2202
Attorneys for Defendants Mortgage Electronic Registration Systems, Inc. and Wells Fargo Bank, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of October, 2010, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard E. Clark, Esq.
General Counsel
AOM Group, LLC
2942 N. 24th St., Suite 109
Phoenix, AZ 85016
richardc@theaomgroup.com
Attorney for Plaintiffs

Leonard J. McDonald Jr., Esq.
William Morris Fischbach III, Esq.
Tiffany & Bosco P.A.
2525 E. Camelback Rd., 3rd Floor
Phoenix, AZ 85016
ljm@tblaw.com
wmf@tblaw.com
Attorneys for Defendants Mark S. Bosco, Michael A. Bosco, Jr., and Provident Funding Associates, LP

*s/ John M. DeStefano III*

12112954