# EXHIBIT C

## ATTORNEY SERVICES

| ATTY | DESCRIPTION | DATE | TIME | AMOUNT |
|---|---|---|---|---|
| JMD | EVALUATE INITIAL COMPLAINT AND DOCKET STATUS; STRATEGIZE RE REMOVAL TO FEDERAL COURT | 03/16/10 | 1.90 | 427.50 |
| JPN | DETERMINE STATUS AND STRATEGIZE RE NEXT STEPS INCLUDING REMOVAL AND REVIEW PLEADINGS RE SAME | 03/16/10 | 1.80 | 1035.00 |
| JMD | COMMUNICATE WITH COUNSEL FOR PROVIDENT FUNDING RE TENDER AND CONSENT TO REMOVAL | 03/17/10 | 0.70 | 157.50 |
| JMD | BEGIN TO DRAFT REMOVAL DOCUMENTS AND PREPARE REMOVAL PACKAGE | 03/17/10 | 0.90 | 202.50 |
| GJM | REVIEW COMPLAINT AND OTHER FILINGS; E-MAILS WITH J. DESTEFANO RE SAME, HEARING, REMOVAL, AND RESPONSE; E-MAILS WITH D. HULET RE SAME | 03/17/10 | 0.90 | 346.50 |
| JMD | DRAFT, FINALIZE, AND FILE REMOVAL DOCUMENTS | 03/18/10 | 3.90 | 877.50 |
| JPN | REVIEW AND EDIT REMOVAL DOCUMENTS; CONFERENCE WITH J. DESTEFANO RE SAME | 03/18/10 | 1.00 | 575.00 |
| GJM | REVIEW NEW AOM MATTER AND E-MAILS AND PHONE CONFERENCE WITH J. NORE AND J. DESTEFANO RE SAME | 03/18/10 | 0.40 | 154.00 |
| JMD | REVIEW MOTION TO AMEND COMPLAINT AND ERRONEOUSLY FILED MOTION TO REMAND; ADVISE G. MARSHALL AND J. NORE RE SAME | 03/20/10 | 0.30 | 67.50 |
| JMD | COMMUNICATE WITH G. MARSHALL RE ATTEMPTED TENDER OF PROVIDENT FUNDING; SUMMARIZE CASE STATUS FOR PRESENTATION TO MERS | 03/22/10 | 0.90 | 202.50 |
| JPN | DRAFT RESPONSE TO EMERGENCY MOTION TO REMAND AND REVIEW PROPOSED AMENDED COMPLAINT IN CONJUNCTION THEREWITH | 03/22/10 | 2.50 | 1437.50 |
| JPN | STRATEGIZE WITH G. MARSHALL, J. DESTEFANO AND J. HAYDEN RE PENDING DEADLINES AND HOW BEST TO PROMPTLY RESOLVE CLAIMS | 03/22/10 | 0.30 | 172.50 |
| GJM | REVIEW MOTION TO REMAND AND MOTION TO AMEND COMPLAINT; E-MAIL J. NORE RE SAME AND FRAUDULENT JOINDER ARGUMENT; E-MAIL D. DEVLIN RE TENDER TO WELLS FARGO AND E-MAILS WITH J. DESTEFANO RE SAME; E-MAIL D. BRENNAN RE REMOVAL, TEMPORARY RESTRAINING ORDER ISSUE AND SALE, TENDER ISSUE, AND OTHER MATTERS; E-MAIL D. HULET RE DOCUMENTS | 03/22/10 | 1.70 | 654.50 |
| GJM | CONFERENCE WITH J. NORE AND J. DESTEFANO RE MOTION TO DISMISS AND POSSIBLE EXTENSION RE PENDING REMAND AND MOTION TO AMEND THE COMPLAINT; CONFERENCE WITH J. NORE AND J. DESTEFANO RE RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION AND RELATED ISSUES; CONFERENCE WITH J. NORE RE [REDACTED] AOM AND MEMBERS | 03/22/10 | 0.50 | 192.50 |
| JMD | ANALYZE REMOVABILITY OF CASE IN LIGHT OF FANNIE MAE'S CHARTER | 03/23/10 | 0.40 | 90.00 |
| JPN | DETERMINE STATUS AND NEXT STEPS | 03/23/10 | 0.10 | 57.50 |

1

| ATTY | DESCRIPTION | DATE | TIME | AMOUNT |
|---|---|---|---|---|
| JMD | EVALUATE PROPOSED AMENDMENT TO COMPLAINT | 03/24/10 | 0.90 | 202.50 |
| GJM | PHONE CONFERENCE AND E-MAILS WITH D. BRENNAN RE TENDER FROM ORIGINATOR AND MOTION TO DISMISS; CONFERENCE WITH J. DESTEFANO RE SAME AND RELATED MATTERS | 03/24/10 | 0.40 | 154.00 |
| JMD | ANALYZE COMPLAINT IN LIGHT OF TITLE DOCUMENTS; STRATEGIZE RE DISMISSAL | 03/25/10 | 0.50 | 112.50 |
| GJM | CONFERENCE WITH J. NORE AND J. DESTEFANO RE RESULTS OF INJUNCTION HEARING AND TRANSCRIPT RE MOTION TO DISMISS; CONFERENCE WITH PROVIDENT'S COUNSEL RE MOTION TO DISMISS | 03/25/10 | 0.30 | 115.50 |
| JPN | DRAFT RESPONSE TO MOTION TO FILE SECOND AMENDED COMPLAINT | 03/29/10 | 0.50 | 287.50 |
| JPN | REVISE AND SUPPLEMENT RESPONSE TO REMAND MOTION | 03/29/10 | 3.00 | 1725.00 |
| JPN | PHONE CONFERENCE WITH TRUSTEE RE SALE STATUS | 03/29/10 | 0.20 | 115.00 |
| GJM | E-MAIL J. MURPHEY FROM MERS RE BACKGROUND, STATUS, AND PROCEEDINGS; E-MAIL J. DESTEFANO RE SAME | 03/29/10 | 0.50 | 192.50 |
| JPN | EDIT RESPONSE TO REMAND MOTION AND MOTION TO FILE SECOND AMENDED COMPLAINT; E-MAIL EXCHANGES WITH W. FISHBACH RE SAME | 03/30/10 | 2.50 | 1437.50 |
| JPN | ASCERTAIN PENDING DEADLINES AND NEXT STEPS | 03/31/10 | 0.50 | 287.50 |
| GJM | REVIEW DRAFT MOTION TO DISMISS RE ALLEGATIONS OF STATE COURT PROCEEDING AND E-MAIL J. NORE AND J. DESTEFANO RE SAME AND JURY DEMAND | 03/31/10 | 0.30 | 115.50 |
| JMD | DRAFT AND FILE RESPONSE TO ATTEMPTED AMENDMENT, WITH PROCEDURAL OBJECTIONS | 04/01/10 | 0.30 | 67.50 |
| JPN | BEGIN EDITING RESPONSE TO REMAND MOTION TO INCORPORATE TRUSTEE'S COMMENTS AND REVIEW PLEADINGS FOR DOCUMENTARY SUPPORT OF SAME | 04/01/10 | 1.00 | 575.00 |
| JPN | EDIT RESPONSE TO MOTION TO AMEND | 04/01/10 | 0.20 | 115.00 |
| JPN | REVIEW RECENTLY FILED PLEADINGS AND ORDERS TO DETERMINE CURRENT STATUS AND NEXT STEPS | 04/01/10 | 0.40 | 230.00 |
| JPN | FINALIZE RESPONSE TO REMAND MOTION | 04/02/10 | 0.80 | 460.00 |
| JPN | E-MAIL W. FISCHBACH RE SAME | 04/02/10 | 0.10 | 57.50 |
| GJM | REVIEW OPPOSITION TO MOTION TO AMEND AND TIFFANY & BOSCO'S CONSENT RE SAME; E-MAIL J. DESTEFANO RE SAME | 04/02/10 | 0.20 | 77.00 |
| JMD | PROVIDE UPDATE TO WELLS FARGO RE STATUS OF LITIGATION | 04/06/10 | 0.50 | 112.50 |
| JMD | STRATEGIZE RE FILING MOTION TO DISMISS IN LIGHT OF PENDING MOTION TO AMEND | 04/06/10 | 0.30 | 67.50 |
| JPN | REVIEW SECOND MOTION TO AMEND COMPLAINT A SECOND TIME AND COMPARE PROPOSED AMENDMENTS TO FIRST AMENDED COMPLAINT | 04/06/10 | 0.80 | 460.00 |
| JPN | DRAFT NOTICE OF NON-OPPOSITION; E-MAIL W. FISCHBACH RE SAME | 04/06/10 | 0.20 | 115.00 |

| ATTY | DESCRIPTION | DATE | TIME | AMOUNT |
|---|---|---|---|---|
| JPN | STRATEGIZE WITH A. SHERIDAN RE [REDACTED] AOM | 04/06/10 | 0.10 | 57.50 |
| JPN | DETERMINE STATUS AND NEXT STEPS | 04/06/10 | 0.10 | 57.50 |
| GJM | PHONE CONFERENCE WITH D. HULET RE DOCUMENTS FOR MOTION TO DISMISS; E-MAIL J. DESTEFANO RE TRUSTEE AND REO STATUS; E-MAIL D. HULET RE SAME | 04/06/10 | 0.30 | 115.50 |
| JPN | REVIEW W. FISCHBACH E-MAIL APPROVING JOINT NON-OPPOSITION TO SECOND MOTION TO AMEND COMPLAINT AND ATTENTION TO FILING SAME | 04/07/10 | 0.10 | 57.50 |
| JPN | STRATEGIZE WITH A. SHERIDAN RE [REDACTED] AOM GROUP | 04/07/10 | 0.40 | 230.00 |
| JMD | RESEARCH PLAINTIFFS' OBJECTION TO LACK OF DATE ON POWER OF ATTORNEY; COMMUNICATE WITH W. FISCHBACH AT TIFFANY & BOSCO RE SAME | 04/08/10 | 0.80 | 180.00 |
| JMD | DRAFT MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO MOTION TO REMAND | 04/08/10 | 2.30 | 517.50 |
| JPN | REVIEW AOM'S REPLY IN SUPPORT OF REMAND MOTION | 04/08/10 | 0.20 | 115.00 |
| JPN | STRATEGIZE WITH A. SHERIDAN RE [REDACTED] AOM | 04/08/10 | 0.30 | 172.50 |
| JPN | REVISE MEMO TO CLIENT RE SAME | 04/08/10 | 0.40 | 230.00 |
| JMD | COMPLETE MEMO RE [REDACTED] AOM GROUP | 04/09/10 | 0.70 | 157.50 |
| JMD | CONTINUE DRAFTING MOTION FOR LEAVE TO FILE SUR-REPLY RE MOTION TO REMAND | 04/09/10 | 1.10 | 247.50 |
| JMD | CONTINUE TO DRAFT AND FINALIZE MOTION FOR LEAVE TO FILE SUR-REPLY | 04/12/10 | 3.30 | 742.50 |
| JPN | REVISE SUR-REPLY | 04/12/10 | 2.50 | 1437.50 |
| GJM | SUPPLEMENT AND AMEND MOTION FOR SUR-REPLY AND SUR-REPLY RE ADDITIONAL ARGUMENTS RELATED TO REMAND ISSUE; E-MAIL J. NORE AND J. DESTEFANO RE SAME | 04/12/10 | 1.00 | 385.00 |
| JMD | REVISE PROPOSED SUR-REPLY IN LIGHT OF COMMENTS FROM J. NORE | 04/13/10 | 1.20 | 270.00 |
| JPN | FURTHER REVISIONS TO REMAND SUR-REPLY | 04/13/10 | 1.50 | 862.50 |
| JMD | FINALIZE AND FILE MOTION FOR LEAVE TO FILE SUR-REPLY | 04/14/10 | 1.10 | 247.50 |
| JPN | REVIEW AND EDIT FINAL VERSION OF SUR-REPLY | 04/14/10 | 0.30 | 172.50 |
| GJM | E-MAILS WITH J. NORE AND J. DESTEFANO RE SUR-REPLY RE POWER OF ATTORNEY VALIDITY AND FILING RE SAME | 04/15/10 | 0.20 | 77.00 |
| JPN | DETERMINE STATUS AND NEXT STEPS | 04/20/10 | 0.10 | 57.50 |
| GJM | PHONE CONFERENCE WITH D. HULET RE MERS ASSIGNMENT HISTORY AND CHECK DOCKET RE STATUS OF RULING ON PENDING MOTIONS TO DISMISS | 04/27/10 | 0.10 | 38.50 |
| GJM | PHONE CONFERENCE AND E-MAILS WITH F. FISH RE QUESTIONS RE TITLE CLAIM AND LITIGATION STATUS | 05/12/10 | 0.20 | 77.00 |
| GJM | REVIEW AND RESPOND TO E-MAIL FROM R. CLARK | 05/29/10 | 0.30 | 115.50 |

3

| ATTY | DESCRIPTION | DATE | TIME | AMOUNT |
|---|---|---|---|---|
| | RE STIPULATION FOR DISMISSAL; E-MAIL J. DESTEFANO RE SAME; E-MAIL R. BROCHIN RE AOM OFFERS | | | |
| GJM | REVIEW HISTORY RE STATUS AND EMAIL F. FISH RE SAME, STATUS OF RECORDED DOCUMENTS CLOUDING TITLE, AND OPTIONS FOR PROCEEDING | 07/02/10 | 0.30 | 115.50 |
| GJM | E-MAIL J. MURPHY RE CASE STATUS | 08/21/10 | 0.20 | 77.00 |
| GJM | REVIEW DISMISSAL ORDER; E-MAIL J. MURPHY RE SAME; E-MAIL D. BRENNAN AND OTHERS RE SAME AND RELATED ISSUES | 08/26/10 | 0.30 | 115.50 |
| JMD | FORMULATE SPECIFIC PLAN RE SEEKING FEES AND SANCTIONS AND OTHER MISCELLANEOUS RELIEF AGAINST AOM GROUP | 08/31/10 | 0.30 | 67.50 |
| JMD | PREPARE CURRENT SYNOPSIS OF AOM GROUP ACTIVITY, INCLUDING RECENT DISMISSAL ORDERS, ONGOING DOJ INVESTIGATION, AND POSSIBILITY OF FURTHER CRIMINAL PROCEEDINGS | 09/01/10 | 0.40 | 90.00 |
| | **TOTAL ATTORNEY FEES** | | **52.70** | **$20,818.50** |

## PARA-PROFESSIONAL SERVICES

| PARA-PROF | DESCRIPTION | DATE | TIME | AMOUNT |
|---|---|---|---|---|
| PKD | REVIEW ATTORNEY E-MAILS TO EVALUATE AND SUMMARIZE STATUS OF LITIGATION AND STRATEGY FOR HANDLING SAME; PREPARE UPDATE TO AOM LITIGATION TRACKING CHART TO INCLUDE WITHIN MATTER AND TO REFLECT INITIAL HANDLING STRATEGY AND ENSURE ALL DATES DOCKETED; GIVE INSTRUCTION REGARDING UPLOAD OF VARIOUS PLEADINGS TO CASE DATABASE | 03/19/10 | 0.70 | 140.00 |
| PKD | REVIEW AND ANALYSIS OF INITIAL PLEADINGS AND FORMAT SAME TO DIFFERENTIATE MULTIPLE PLEADINGS FOR ATTORNEY REFERENCE; REVIEW ATTORNEY E-MAILS ON OBTAINING VARIOUS DOCUMENTS AND RESPOND TO SAME; OBTAIN DEED OF TRUST TO IDENTIFY PROPERTY AND REQUEST RECORDED DOCUMENTS ON SAME FROM THOMAS TITLE; ORGANIZE VARIOUS PLEADINGS AND UPLOAD TO ELECTRONIC CASE FILE FOR REFERENCE BY ATTORNEY; REVIEW AND ANALYSIS OF THOMAS TITLE RECORDED DOCUMENTS AND PREPARE INDEX ON SAME IN PREPARATION OF COMPREHENSIVE CHRONOLOGY ON TRANSACTION | 03/22/10 | 3.60 | 720.00 |
| PKD | OBTAIN CURRENT PLEADINGS AND ANALYZE SAME TO IDENTIFY AND ENSURE RESPONSE DATES PROPERLY DOCKETED; UPLOAD PLEADINGS TO ELECTRONIC CASE DATABASE AND FORMAT FOR REFERENCE TO SAME; PREPARE UPDATE TO MASTER STATUS CHART TO REFLECT RECENT CASE DEVELOPMENTS AND RECEIPT OF DOCUMENTS FROM VARIOUS PARTIES | 03/23/10 | 1.00 | 200.00 |
| PKD | ACCESS CLIENT WEBSITE TO OBTAIN LOAN FILES AND UPLOAD TO ELECTRONIC CASE DATABASE; REVIEW CLIENT DOCUMENTS AND NAME SAME TO IDENTIFY BY TOPIC FOR ATTORNEY REFERENCE | 04/02/10 | 0.90 | 180.00 |
| PKD | OBTAIN CURRENT PLEADINGS AND ANALYZE SAME TO IDENTIFY AND ENSURE RESPONSE DATES PROPERLY DOCKETED; UPLOAD PLEADINGS TO ELECTRONIC CASE DATABASE AND FORMAT FOR REFERENCE TO SAME; PREPARE UPDATE TO MASTER STATUS CHART TO REFLECT RECENT CASE DEVELOPMENTS AND STRATEGY DETAILS RE MOTION TO REMAND, MOTION TO DISMISS AND MOTION TO AMEND COMPLAINT A SECOND TIME | 04/06/10 | 1.20 | 240.00 |
| PKD | ANALYZE INCOMING PLEADINGS AND CORRESPONDENCE TO SUMMARIZE STATUS OF LITIGATION, AND TO IDENTIFY NEWLY FILED | 04/15/10 | 0.40 | 80.00 |

| PARA-PROF | DESCRIPTION | DATE | TIME | AMOUNT |
|---|---|---|---|---|
| | PLEADINGS AND DATES REQUIRING RESPONSE; PREPARE UPDATE TO MASTER STATUS CHART TO REFLECT SAME AND STATUS OF SUR-REPLY AND MOTION TO REMAND | | | |
| PKD | ANALYZE INCOMING PLEADINGS AND CORRESPONDENCE TO SUMMARIZE STATUS OF LITIGATION, CASE HANDLING STRATEGY, AND TO IDENTIFY NEW DATES REQUIRING RESPONSE AND DOCKETING; PREPARE UPDATE TO MASTER STATUS CHART TO REFLECT STATUS OF PENDING MOTIONS | 04/20/10 | 0.30 | 60.00 |
| PKD | ANALYZE INCOMING PLEADINGS AND CORRESPONDENCE TO IDENTIFY NEW DATES AND LITIGATION STATUS; PREPARE UPDATE TO MASTER CHART RE SUR-REPLY, ORDER ON SAME AND FINAL SUR-REPLY FILING; PREPARE UPDATE TO ELECTRONIC CASE FILE ON SAME | 05/13/10 | 0.30 | 60.00 |
| | **TOTAL PARA-PROFESSIONAL FEES** | | **8.40** | **$1,680.00** |

## SUMMARY OF FEES

| | | |
|---|---|---|
| **TOTAL ATTORNEY SERVICES** | 52.70 | $20,818.50 |
| **TOTAL PARA-PROFESSIONAL SERVICES** | 8.40 | $1,680.00 |
| **TOTAL FEES** | 61.10 | $22,498.50 |

**COSTS:**

| | | | |
|---|---|---|---|
| 9400 WESTLAW RESEARCH (JPN) | 03/24/10 | 20 | 100.00 |
| 9175 LEXIS RESEARCH (AMS) | 04/07/10 | 43 | 215.00 |
| 9400 WESTLAW RESEARCH (JMD) | 04/08/10 | 10 | 50.00 |
| 9400 WESTLAW RESEARCH (JMD) | 04/09/10 | 10 | 50.00 |
| 9400 WESTLAW RESEARCH (JMD) | 04/12/10 | 14 | 70.00 |
| 9400 WESTLAW RESEARCH (JMD) | 04/14/10 | 2 | 10.00 |
| **TOTAL COSTS** | | | **$ 495.00** |

| | |
|---|---|
| **TOTAL ALL SERVICES** | $22,498.50 |
| **TOTAL REPORT** | $22,993.50 |

| | TIME | RATE | TOTAL BILLED |
|---|---|---|---|
| **ATTORNEYS** | | | |
| Greg Marshall (GJM) | 8.10 | $385.00 | $ 3,118.50 |
| John DeStefano (JMD) | 22.70 | $225.00 | $ 5,107.50 |
| Jennifer Nore (JPN) | 21.90 | $575.00 | $12,592.50 |
| **TOTAL ATTORNEY FEES** | **52.70** | | **$20,818.50** |
| **PARALEGALS** | | | |
| Patricia Dooley (PKD) | 8.40 | $200.00 | $1,680.00 |
| **TOTAL PARALEGAL FEES** | **8.40** | | **$1,680.00** |

12093936.3

7