# EXHIBIT D

AND WHEN RECORDED MAIL TO:

Sisters Of Unity Land Trust
2824 N POWER ROAD, #113-120
MESA, ARIZONA 85215

LOAN # 40573563

MIN # 100312065719167690

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2009-0453572 05/20/09 12:14 PM
1 of 19

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

STATE OF ARIZONA
COUNTY OF MARICOPA

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY JASON ELLIOTT CARR, TRUSTOR, TO MORTGAGEIT DATED 05/10/2006, AND RECORDED 05/18/2006, IN DOCKET 2006- 0677327, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, STATE OF ARIZONA, HAS BEEN FULLY SATISFIED.

PROPERTY ADDRESS: 6830 S 40th Lane, Phoenix, Arizona 85041 AP# 159-29-047A9
Lot 248, Arlington Estates, Phase 1, Recorded in Book 548, of Maps, Page 8, Records of Maricopa County, Arizona.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS SUBURBAN MORTGAGE, INC., SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OR WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON   5/13/09

MORTGAGEIT
BENEFICIARY/TRUSTEE

BY: *Jason Elliott Carr, by Sheila Pilat P.O.A.*
JASON ELLIOTT CARR, ATTORNEY IN FACT
BY, SHEILA PILAT, POA
BY: *Jason Elliott Carr by Sheila Pilat P.O.A.*
JASON ELLIOTT CARR, ATTORNEY IN FACT
BY, SHEILA PILAT, POA

State of ARIZONA
County of MARICOPA   } SS

This instrument was acknowledged before me this 13th day in May, 2009 by: SHEILA PILAT.

Notary Public

My commission will expire 8/21/09



AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
7913 NORTH 88TH LANE
PHOENIX, AZ 85016

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2009-0925743 10/06/09 09:14 AM
6 OF 9

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## QUIT CLAIM DEED

For consideration of Ten Dollars, and other valuable considerations, We, STEVEN J VON PRISK & MARISSA L VON PRISK who acquired title as husband and wife, hereby quit-claim to STEVEN J VON PRISK & MARISSA L VON PRISK, husband and wife, all right, title, interest or duties held by any and all "TRUSTEES, SUCCESSOR TRUSTEES, SUBSTITUTED TRUSTEES, AGENTS, SERVICERS, BENEFICIARIES, ASSIGNS, AND TRANSFERS who have been removed/released/discharged by Steven J Von Prisk & Marissa L Von Prisk, Trustor/Grantor.  Steven J Von Prisk & Marissa L Von Prisk also Cancelled Deed of Trust Record Instrument Number 20060970588 recorded July 20th, 2006 namely all right, title, interest, and duties of Wells Fargo Home Mortgage, Provident Funding Associates, First American Title Company & Mers in the following real property situated in Maricopa County, State of ARIZONA:

Lot 7, of Rovey Farm Estates North, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 611 of Maps, Page 3 and Correction recorded in Document No. 2003-944708..
Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THIS TRANSFER IS EXEMPT FROM AFFIDAVIT OF PROPERTY VALUE REQUIREMENT OF A.R.S. 11-1134 B3

Dated this 17th day in September, 2009

Steven J Von Prisk & Marissa L Von Prisk by Sheila Pilat Power of Attorney

State of ARIZONA            } ss
County of MARICOPA

This instrument was acknowledged before me this 17th day in September, 2009 by Sheila Pilat.

CASSANDRA ORNELAS
Notary Public, State of Arizona
Maricopa County
My Commission Expires
April 09, 2013

Notary Public

My commission will expire April 09, 2013

AND WHEN RECORDED MAIL TO:

ORLANDO SAGARNAGA
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016



OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2009-0925738 10/06/09 09:14 AM
1 OF 9

SPACE ABOVE THI.

## QUIT CLAIM DEED

For consideration of Ten Dollars, and other valuable considerations, We, Mary M. Tehrani & Mahwood H.Tehrani, who acquired title as wife and husband, hereby quit-claim to Mary M. & Mahwood Tehrani, who acquired title as wife and husband, all right, title, interest or duties held by any and all "TRUSTEES, SUCCESSOR TRUSTEES, SUBSTITUTED TRUSTEES, AGENTS, SERVICERS, BENEFICIARIES, ASSIGNS, AND TRANSFERS who have been removed/released/discharged by Mary M. & Mahwood Tehrani, Trustor/Grantor. Mary M. & Mahwood Tehrani also Cancelled Deed of Trust Record Instrument Number 39160 recorded 3/27/2007, & recorded , namely all right, title, interest, and duties of World Savings Bank, , Wachovia, , Golden West Savings Association Service, Cal Western Reconveyance Corp, in the following real property situated in Maricopa County, State of ARIZONA:

Lot 29, of greenfield park, according to the plat of record in the office of the county recorder of maricopa county, arizona, recorded in book 510 of maps, page 48.

Subject To: Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THIS TRANSFER IS EXEMPT FROM AFFIDAVIT OF PROPERTY VALUE REQUIREMENT OF A.R.S. 11-1134 B3

Dated this 30th day in Septmbr, 2009

Mary M Tehrani    Mahwow H. Tehrani by Orln S——  Poa
Mary M.Tehrani & Mahwood H. Tehrani by Orlando Sagarnaga Attorney in Fact

State of ARIZONA                } ss
County of Maricopa

This instrument was acknowledged before me this 30st day in September , 2009 by Orlando Sagarnaga.

Robert G Alsby

Notary Public

My commission will expire 8/31/10

ROBERT G ALSBURY
Notary Public, State of Arizona
Maricopa County
My Commission Expires
August 31, 2010

AND WHEN RECORDED MAIL TO:

SHEILA PILAT
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016



OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2009-0985136 10/26/09 09:07 AM
16 OF 21
GARCIAC

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## QUIT CLAIM DEED

For consideration of Ten Dollars, and other valuable considerations, Leo Simon, who acquired title as an unmarried man, hereby quit-claim to Leo Simon, who acquired title as an unmarried man, all right, title, interest or duties held by any and all "TRUSTEES, SUCCESSOR TRUSTEES, SUBSTITUTED TRUSTEES, AGENTS, SERVICERS, BENEFICIARIES, ASSIGNS, AND TRANSFERS who have been removed/released/discharged by Leo Simon, Trustor/Grantor. Leo Simon also Cancelled Deed of Trust Record Instrument Number 20070694508 recorded 6/15/2007, namely all right, title, interest, and duties of Wells Fargo Bank, N.A., Wells Fargo Bank, , First American Title Insurance Company, Michael A. Bosco Jr., Wells Fargo Home Mortgage, Inc. in the following real property situated in Maricopa County, State of ARIZONA:

Lot 37, CAMELOT AT PALM VALLEY, according to Book 766 of Maps, page 27 and Certificate of Correction recorded in Document No. 2005-1384618, records of Maricopa County, Arizona.

Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THIS TRANSFER IS EXEMPT FROM AFFIDAVIT OF PROPERTY VALUE REQUIREMENT OF A.R.S. 11-1134 B3

Dated this 9th day in October , 2009



Leo Simon by Sheila Pilat Attorney in Fact

State of ARIZONA                    } ss
County of Maricopa

This instrument was acknowledged before me this 9th day in October , 2009 by Sheila Pilat.

Rebecca Perez
Notary Public

My commission will expire 8/24/2013

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

RECORDING REQUESTED BY
JASON CARR
AND WHEN RECORDED MAIL TO:
SISTERS OF UNITY LAND TRUST
2824 N. POWER RD. , SUITE 113-120
MESA, AZ 85215



OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2009-0900120 09/29/09 09:53 AM
1 OF 2

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

STATE OF ARIZONA
COUNTY OF MARICOPA

### REVISED TRUSTEE'S DEED

THIS GRANT DEED IS TO REVISE DOCUMENT RECORDED INSTRUMENT NO. 20090604266;
Dated 07/01/2009 at THE RECORDERS OFFICE IN MARICOPA COUNTY, ARIZONA.

Computed on full value of property conveyed, AND
FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

SUBURAN MORTGAGE, INC. hereby GRANT(S) to

JASON CARR, a single man

The following described real property in the City of Phoenix, County of Maricopa, State of Arizona:
Commonly known as: 6830 South 40th Lane, Phoenix, AZ 850411.

Lot 248, ARLINGTON ESTATES PHASE 1, according to Book 548 of maps, Page 6, Records of Maricopa
County, Arizona. .

Date: 09/25/2009

SUBURAN MORTGAGE, INC. Substitute Trustee

BY:
Kenisha Ellis/Agent

State of Aizona          )
                         )ss
County of Maricopa       )

On September 26, 2009 before me _Kenneth Szymanski_____ a Notary Public personally appeared Kenisha Ellis
as Grantor(s)/Trustor(s) who proved to be on the basis of satisfactory evidence to be the person(s) whose name(s)
is/are subscribed to within instrument and acknowledged to me that he/she/ they execute the name in his/her/ their
authorized capacity(ies) and that by his/her/their signature in the instrument the person(s) acted or executed the
instrument. I certified under PENALTY OF PERJURY under the laws of the State of ARIZONA, for the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____(seal)

KENNETH J. SZYMANSKI
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires
April 01, 2011



AND WHEN RECORDED MAIL TO:

ORLANDO SAGARNAGA
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2009-0849419 09/14/09 01:06 PM
2 OF 2

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## QUIT CLAIM DEED

For consideration of Ten Dollars, and other valuable considerations, I, Timoteo Araiza, who acquired title as a married man as his sole and separate property, hereby quit-claim to Timoteo Araiza, a married man as his sole and separate property, all right, title, interest or duties held by any and all "TRUSTEES, SUCCESSOR TRUSTEES, SUBSTITUTED TRUSTEES, AGENTS, SERVICERS, BENEFICIARIES, ASSIGNS, AND TRANSFERS who have been removed/released/discharged by Timoteo Araiza, Trustor/Grantor. Timoteo Araiza also Cancelled Deed of Trust Record Instrument Number 20060697401 recorded May 23, 2006. Namely all right, title, interest, and duties of Wells Fargo Bank, First American Title Insurance Company and Michael A Bosco in the following real property situated in Maricopa County, State of ARIZONA:

**Lot 97, VINEYARD COMMONS, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, IN BOOK 617 OF MAPS, PAGE 27**

**Subject To:** Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THIS TRANSFER IS EXEMPT FROM AFFIDAVIT OF PROPERTY VALUE REQUIREMENT OF A.R.S. 11-1134 B3

Dated this 14th day in September, 2009

_Timoteo Araiza by Orl S..... Power of Attorney_
Timoteo Araiza by Orlando Sagarnaga Power of Attorney

State of ARIZONA          } ss
County of MARICOPA

ROBERT G ALSBURY
Notary Public, State of Arizona
Maricopa County
My Commission Expires
August 31, 2010

This instrument was acknowledged before me this 14th day in September, 2009 by Orlando Sagarnaga.

_Robert S. Alsy_
Notary Public

My commission will expire 8/31/2010

Document Prepared By:  AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
4037 WEST SAINT ANNE AVE
PHOENIX, AZ 85041

APN#:105-90-377

LOAN 0152680393

**Unofficial Document**

200

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
### DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Timoteo Araiza, TRUSTOR, TO Wells Fargo Bank, N.A. DATED 5/17/2006, AND RECORDED IN DOCKET # 20060697401, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

Lot Ninety Seven, VINEYARD COMMONS, according to the Plat of Record in the office of the County Recorder of Maricopa County, Arizona, in Book 617 of Maps, Page 27.

Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/6/2009
WellsFargo Bank, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA
County of MARICOPA          } SS

This instrument was acknowledged before me this 6th day in
Oct , 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire  8/24/2013

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

State of ARIZONA
County of MARICOPA          } SS

This instrument was acknowledged before me this 6th day in
Oct , 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire  8/26/2013

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Ariz.
Maricopa County
My Commission Expires 8/26/2013

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
1951 N. 142ND STREET
GOODYEAR, AZ 85338

APN#:501-82-449 9

LOAN 0170096093

**Unofficial
Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-J134 Exempt B5

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY THE DEED OF TRUST EXECUTED BY Leo Simon, TRUSTOR, TO Wells Fargo Bank, N.A. DATED 6/11/2007, AND RECORDED 6/15/2007 IN DOCKET # 20070694508, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and Satisfied.

Lot 37, CAMELOT AT PALM VALLEY, according to Book 766 of Maps, page 27 and Certificate of Correction recorded in Document No. 2005-1384618, records of Maricopa County, Arizona.

Subject To: Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/8/2009 .

Wells Fargo Bank, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA        } SS
County of MARICOPA

This instrument was acknowledged before me this 8th day in
October, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire 8/26/2013

* OFFICIAL SEAL *
Annette Sagarnaga
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

State of ARIZONA        } SS
County of MARICOPA

This instrument was acknowledged before me this 8th day in
October, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/26/2013

* OFFICIAL SEAL *
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
2578 E. SANTA ROSA DR
GILBERT, AZ 85234

APN#:304-08-779

LOAN 0045550589

**Unofficial Document**

2

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## REVISED NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Mary M. Tehrani & Mahwood H. Tehrani, TRUSTOR, TO Federal Savings Bank DATED 3/19/2007, AND RECORDED 3/27/2007 IN DOCKET # 2007035762, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

Lot 29, of greenfield park, according to the plat of record in the office of the county recorder of maricopa county, arizona, recorded in book 510 of maps, page 48.

Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 9/30/2009
Wachovia, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA          } ss
County of MARICOPA        }

This instrument was acknowledged before me this 30 day in September, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire  8/24/2013

State of ARIZONA          } ss
County of MARICOPA        }

This instrument was acknowledged before me this 30 day in September, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire  8/24/2013

Document Prepared By:  AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
2578 E. SANTA ROSA DR
GILBERT, AZ 85234

APN#: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

LOAN 45550589



Unofficial Document

01
MARI
2009-09

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Mary M. Tehrani & Mahwood H. Tehrani, TRUSTOR, TO World Savings Bank DATED 3/19/2007, AND RECORDED 3/27/2007 IN DOCKET # 39160, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

Lot 29, of greenfield park, according to the plat of record in the office of the county recorder of maricopa county, arizona, recorded in book 510 of maps, page 48.

Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON  9/30/2009
Wachovia, BENEFICIARY

BY: _____
        SHEILA PILAT, ATTORNEY IN FACT

BY: _____
        ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA
County of MARICOPA          } SS

This instrument was acknowledged before me this 30th day in September, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire 8/26/2013

*OFFICIAL SEAL*
Annette Sagarnaga
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

State of ARIZONA
County of MARICOPA          } SS

This instrument was acknowledged before me this 30th day in September, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/31/2010

ROBERT G ALSBURY
Notary Public, State of Arizona
Maricopa County
My Commission Expires
August 31, 2010

MERS # 100077910006478750

2

6 OF 2

FLORENC

SPACE ABOVE THIS LINE FOR RECORDER'S USE

STATE OF ARIZONA
COUNTY OF MARICOPA

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY ANNETTE N SAGARNAGA, TRUSTOR, TO ACE MORTGAGE FUNDING, LLC DATED 06/20/2006, AND RECORDED 06/29/2006, IN DOCKET 2006-0878128, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, STATE OF ARIZONA, HAS BEEN FULLY SATISFIED.

PROPERTY ADDRESS: 12906 W WHITTON AVE AVONDALE, AZ 85392   APN# 508-03-250

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS MARK MURPHY, DBA AOM GROUP, LLC IN ARIZONA WHOSE ADDRESS IS 2942 N 24TH STREET PHOENIX, AZ 85392 SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON   06/20/2006

ACE MORTGAGE FUNDING, LLC, ATTORNEY IN FACT FOR
ACE MORTGAGE FUNDING, LLC
BENEFICIARY

BY: _Annette N. Sagarnaga_
    Annette Sagarnaga, ATTORNEY IN FACT
    ACE MORTGAGE FUNDING, LLC

BY: _Mark Murphy_
    MARK MURPHY, SUBSTITUTE TRUSTEE

State of **ARIZONA**
County of **MARICOPA**                    } SS

This instrument was acknowledged before me this 15TH day in JUNE, 2009 by Annette N Sagarnaga.

_____
Notary Public

State of **ARIZONA**
County of **MARICOPA**

This instrument was acknowledged before me this 15TH day in JUNE, 2009 by Mark Murphy.

_____
Notary Public

Document Prepared By:  AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
4574 W. MARYLAND AVE
GLENDALE, AZ 85301

APN#:146-27-415

LOAN 57649782
MIN # 100085200576497822



**Unofficial Document**

MAR

2009-0        5 of 5

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Jessica Aranda, TRUSTOR, TO First Horizon Home Loan DATED 4/12/2006, AND RECORDED 4/14/2006 IN DOCKET # 20060503016, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and Satisfied.

Lot 39, MARYLAND HEIGHTS II AMENDED, according to Book 207, of Maps, Page 21, records of Maricopa County, Arizona.

Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON  9/29/2009
Countrywide Home Loans, BENEFICIARY

BY: _____
       SHEILA PILAT, ATTORNEY IN FACT

BY: _____
       ORLANDO SAGARNAGA, TRUSTEE

State of  ARIZONA            } SS
County of  MARICOPA

This instrument was acknowledged before me this 30th day in September, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire 8/26/2013

*"OFFICIAL SEAL"*
Annette Sagarnaga
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

State of  ARIZONA            } SS
County of  MARICOPA

This instrument was acknowledged before me this 3rd day in September, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/31/2010

ROBERT G ALSBURY
Notary Public, State of Arizona
Maricopa County
My Commission Expires
August 31, 2010

Document Prepared By:  AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ. 85016

PROPERTY ADDRESS:
2707 E. VILLA MARIA DR.
PHOENIX, AZ. 85032

APN#: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

LOAN 1002805664



Unofficial
Document

M

2009          4 OF 5

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

### NOTICE OF SUBSTITUTION OF TRUSTEE AND
### DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Victoria Lynn Carpenter, TRUSTOR, TO New Century Mortgage Corporation DATED 7/21/2005, AND RECORDED  IN DOCKET # 20051174786, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

Lot 350, of pepper ridge unit 5, according to the plat of record in the office of the county recorder of maricopa county, arizona, recorded n book 248 of maps, page 3. Being the same property conveyed to Victoria Lynn Carpenter by deed from Jeffery L. Showers and Sabrina M. Showers, husband and wife recorded 09/27/2002 in instrument no.20021000722, in the county recorder's office of maricopa county, arizona.

Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 9/29/2009
Select Portfolio Servicing, Inc., BENEFICIARY

BY: _____
        SHEILA PILAT, ATTORNEY IN FACT

BY: _____
        ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA          } SS
County of MARICOPA

This instrument was acknowledged before me this 30th day in September, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire  8/26/2013

OFFICIAL SEAL
Annette Sagarnaga
Notary Public • Arizona
Maricopa County
My Commission Expires 8/26/2013

State of ARIZONA          } SS
County of MARICOPA

This instrument was acknowledged before me this 30st day in September, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire  8/31/2010

ROBERT G AISBURY
Notary Public, State of Arizona
Maricopa County
My Commission Expires
August 31, 2010

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
672 NORTH DAVID DR.
CHANDLER, AZ 85226

APN#:308-14-223

LOAN 130301109
MIN # 100138601000113453



Unofficial
Document

Mu

2009-        2 OF 3

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Except E3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED By Julio Cezar Munoz, TRUSTOR,
TO Peoples Mortgage Company DATED 8/21/2006, AND RECORDED 1/26/2009 IN DOCKET # 20090062227, PAGE NA OF
OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is
FULLY RELEASED and SATISFIED.

Lot 221, CHANDLER CROSSING UNIT JI, Recorded in Book 385, of Maps, Page 3, Records of Maricopa County,
Arizona

Subject To: Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE
ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND
RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY
ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID
TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 9/29/2009
Peoples Mortgage Company, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA
County of MARICOPA        } ss

This instrument was acknowledged before me this 30th day in
September, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire  8/26/2013

OFFICIAL SEAL
Annette Sagarnaga
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

State of ARIZONA
County of MARICOPA        } ss

This instrument was acknowledged before me this 30th day in
SEPTEMBER, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire  8/31/2010

ROBERT G ALSBURY
Notary Public, State of Arizona
Maricopa County
My Commission Expires
August 31, 2010

**Unofficial
Document**

When recorded mail to:

Name:

Address:

City/State/Zip:

this area reserved for county recorder

## _CAPTION HEADING:_

Re Recording of Notice of substitution of
Trustee + deed of Release and Reconveyance

## DO NOT REMOVE

### This is part of the official document.

Re Recording because signature was missing

20090886923

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
15427 W OLD OAK LANE
SURPRISE, AZ 85379

APN# 509-18-289

LOAN #0012115968

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2009-0868561 09/18/09 10:36 AM
1 OF 3

MIN: 1000666071013224

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY REID IBER & SUSAN IBER, TRUSTOR, TO PREFERRED HOME MORTGAGE COMPANY, DATED SEPTEMBER 8, 2006 AND RECORDED SEPTEMBER 11, 2006, IN DOCKET # 20061206153, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, STATE OF ARIZONA, IS FULLY RELEASED and SATISFIED.

LOT 2075, Marley Park Parcel 2, according to the plat recorded in book 682 of maps page(s) 2 as recorded in the public records of Maricopa County Arizona. 50-18-289..

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON:  September 17, 2009
PREFERRED HOME MORTGAGE COMPANY , BENEFICIARY

BY: _____
     SHEILA PILAT, ATTORNEY IN FACT

BY: _____
     ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA                    } SS
County of MARICOPA

This instrument was acknowledged before me this 17th day in September, 2009 by: SHEILA PILAT.

_____
Notary Public

CASSANDRA ORNELAS
Notary Public, State of Arizona
Maricopa County
My Commission Expires
April 09, 2013

My commission will expire  April, 09 2013

State of ARIZONA                    } SS
County of MARICOPA

This instrument was acknowledged before me this 17th day in September, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

ROBERT G ALSBURY
Notary Public, State of Arizona
Maricopa County
My Commission Expires
August 31, 2010

My commission will expire  8/31/2010

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
9108 E TARANTINI LANE
SCOTTSDALE, AZ 85260-5050

APN# 217-60-004

LOAN #00447022608056

**Unofficial Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
### DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY RONALD D CLARKE & KRYSTAL E CLARKE, TRUSTOR, TO CHASE HOME FINANCE LLC, N.A, DATED 7/13/07 AND RECORDED 07/18/07, IN DOCKET # 20070815793, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, STATE OF ARIZONA, IS FULLY RELEASED and SATISFIED.

LOT 4, ARANTINI ESTATES, ACCORDING TO BOOK 401 OF MAPS, PAGE 16. AND AFFIDAVIT OF CORRECTION RECORDED IN DOCUMENT NO. 950452972 AND IN DOCUMENT 950499840, RECORDS OF MARICOPA COUNTY, ARIZONA..

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON:  September 21, 2009
JPMORGAN CHASE BANK, BENEFICIARY

BY: _____
      SHEILA PILAT, ATTORNEY IN FACT

BY: _____
      ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA        } SS
County of MARICOPA      }

This instrument was acknowledged before me this 21ST day in September, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire April 09, 2013

CASSANDRA ORNELAS
Notary Public, State of Arizona
Maricopa County
My Commission Expires
April 09, 2013

State of ARIZONA        } SS
County of MARICOPA      }

This instrument was acknowledged before me this 21ST day in September, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/31/2010

ROBERT G ALSBURY
Notary Public, State of Arizona
Maricopa County
My Commission Expires
August 31, 2010

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
9108 E TARANTINI LANE
SCOTTSDALE, AZ 85260-5050

APN# 217-60-004

LOAN #1767691480

**Unofficial
Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

### NOTICE OF SUBSTITUTION OF TRUSTEE AND
### DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY RONALD D CLARKE & KRYSTAL E CLARKE, TRUSTOR, TO A & A FUNDING CORP, DATED 7/13/07 AND RECORDED 07/13/07, IN DOCKET # 20070815791, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, STATE OF ARIZONA, IS FULLY RELEASED and Satisfied.

LOT 4, ARANTINI ESTATES, ACCORDING TO BOOK 401 OF MAPS, PAGE 16. AND AFFIDAVIT OF CORRECTION RECORDED IN DOCUMENT NO. 950452972 AND IN DOCUMENT 950499840, RECORDS OF MARICOPA COUNTY, ARIZONA..

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON: September 21, 2009
CHASE BANK , BENEFICIARY

BY: _____
      SHEILA PILAT, ATTORNEY IN FACT

BY: _____
      ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA
County of MARICOPA      } SS

This instrument was acknowledged before me this 21ST day in September, 2009 by: SHEILA PILAT.

_____
Notary Public

CASSANDRA ORNELAS
Notary Public, State of Arizona
Maricopa County
My Commission Expires
April 09, 2013

My commission will expire  April 09 2013

State of ARIZONA
County of MARICOPA      } SS

This instrument was acknowledged before me this 21ST day in September, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

ROBERT G ALSBURY
Notary Public, State of Arizona
Maricopa County
My Commission Expires
August 31, 2010

My commission will expire  8/31/2010

Document Prepared By:  AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
3328 W CHANUTE PASS
PHOENIX, AZ 85041

AFN# 105-68-494

LOAN #618225
MIN # 100425240015021766

**Unofficial
Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY CHARLENE ALEXANDER , TRUSTOR, TO FIRST FRANKLIN FINANCIAL CORP., AN OP. SUB. OF ML&&T CO., FSB DATED 7/2/2007, AND RECORDED 7/10/2006, IN DOCKET # 20070786356, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

LOT 75 BELLA CASA MANOR ACCORDING TO BOOK 793 OF MAPS, PAGE 4 RECORDS OF MARICOPA COUNTY, ARIZONA

Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 9/21/2009
VANDERBILT MORTGAGE AND FINANCE, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA        } ss
County of MARICOPA

This instrument was acknowledged before me this 21st day in September, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire April 09 20 ⊙

CASSANDRA ORNELAS
Notary Public, State of Arizona
Maricopa County
My Commission Expires
April 09, 2013

State of ARIZONA        } ss
County of MARICOPA

This instrument was acknowledged before me this 21st day in September, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/31/2010

ROBERT G ALSBURY
Notary Public, State of Arizona
Maricopa County
My Commission Expires
August 31, 2010

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

**AOM GROUP LLC**
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
4131 WEST WALTANN LANE
PHOENIX, AZ 85053

APN#:207-14-018

LOAN 0769368143

**Unofficial Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Maryelizabeth Aguado & Barry Aguado-Arrowsmith, TRUSTOR, TO Washington Mutual Bank DATED 8/31/2007, AND RECORDED 9/27/2007 IN DOCKET # 20071065418, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

LOT 618, OF SUNBURST FARMS 17, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY.

Subject To: Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 11/4/2009
WaMu, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE



State of ARIZONA
County of MARICOPA } SS

**OFFICIAL SEAL**
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

This instrument was acknowledged before me this _4_ day in
November 2009 by: SHEILA PILAT.

_Rebecca Perez_
Notary Public

My commission will expire _8/26/2013_

State of ARIZONA
County of MARICOPA } SS

**OFFICIAL SEAL**
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

This instrument was acknowledged before me this _____ day in
_____, 2009 by: ORLANDO SAGARNAGA.

_Rebecca Perez_
Notary Public

My commission will expire _8/26/2013_

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2941 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
4535 N. 111TH GLEN
PHOENIX, AZ 85037

APN#:102-90-675

LOAN 000540675
MIN # 100020410001547491

**Unofficial Document**

2

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Serjio Hernandez and Yvette Hernandez, TRUSTOR, TO DHI Mortgage Company, Ltd. Limited Partnership DATED 2/13/2007, AND RECORDED 2/23/2007 IN DOCKET # 20070222935, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

Lot 221, CAMELBACK RANCH UNIT 2, according to Book 777 of Maps, Page 27, records of Maricopa County, Arizona

Subject To: Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/16/2009

Countrywide c/o Bank of America, BENEFICIARY

BY: _____
   SHEILA PILAT, ATTORNEY IN FACT

BY: _____
   ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA        } ss
County of MARICOPA

This instrument was acknowledged before me this 16 day in October, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire 8/26/2013

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

State of ARIZONA        } ss
County of MARICOPA

This instrument was acknowledged before me this 16 day in October, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/26/2013

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

Document Prepared By:  AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
2810 S. ABBEY CIR
MESA, AZ 85212

APN#:309-19-013

LOAN 123597686
MIN # 100440605060511021

**Unofficial Document**

20

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Except B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Timi L. Smith, TRUSTOR, TO First Option Mortgage DATED 5/25/2006, AND RECORDED 6/5/2006 IN DOCKET # 20060756505, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY,  STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.
LOT THIRTEEN (13), SANTA RITA RANCH UNIT 1, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, IN BOOK 473 OF MAPS, PAGE 13.
Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/26/2009
IndyMac Mortgage Services, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA
County of MARICOPA            } ss

This instrument was acknowledged before me this 26 day in
October, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire _8/26/2013_

OFFICIAL SEAL
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

State of ARIZONA
County of MARICOPA            } ss

This instrument was acknowledged before me this 26 day in
October, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire _8/26/2013_

OFFICIAL SEAL
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
11156 W. HAZELWOOD ST.
PHOENIX, AZ 85037

APN#:102-90-744

LOAN 0005412424

**Unofficial Document**

2I

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

### NOTICE OF SUBSTITUTION OF TRUSTEE AND
### DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Gilbert R. Benitez, TRUSTOR, TO National City Mortgage a Division of National City Bank DATED 3/7/2007, AND RECORDED 3/8/2007 IN DOCKET # 20070282954, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

LOT TWO HUNDRED NINETY (290), CAMELBACK RANCH UNIT 2, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, IN BOOK 777 OF MAPS, PAGE 27

Subject To: Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 11/2/2009
National City Mortgage, BENEFICIARY

BY: 
_____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA            } SS
County of MARICOPA        }

This instrument was acknowledged before me this 2 day in Novenber 2009 by: SHEILA PILAT.

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

_Rebecca Perez_
Notary Public

My commission will expire 8/26/2013

State of ARIZONA            } SS
County of MARICOPA        }

This instrument was acknowledged before me this _____ day in _____, 2009 by: ORLANDO SAGARNAGA.

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

_Rebecca Perez_
Notary Public

My commission will expire 8/26/2013

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
4320 E. WOODRIDGE DR.
PHOENIX, AZ 85032

APN#:215-17-520

LOAN 1767799282

**Unofficial
Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
### DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Judy Rochon, TRUSTOR, TO Seton Capital Group, Inc. DATED 9/20/2007, AND RECORDED 9/25/2007 IN DOCKET # 20071057959, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

Lot 141, HEIGHTS AT BEL ESPRIT, according to Book 372 of Maps, page 36, records of Maricopa County, Arizona. Except one-half of all oil, gas, minerals and/or hydrocarbon substances in or under said land as reserved in Deed recorded in Docket 3958, page 428.

Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/19/2009
Chase, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA        } SS
County of MARICOPA

This instrument was acknowledged before me this 19 day in October, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire 8/24/2013

State of ARIZONA        } SS
County of MARICOPA

This instrument was acknowledged before me this 19 day in October, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/24/2013

Document Prepared By:  AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
22439 NORTH 102ND LANE
PEORIA, AZ 85383

APN#:200-09-456

LOAN 06031154CK
MIN # 100066606031011540

**Unofficial
Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

### NOTICE OF SUBSTITUTION OF TRUSTEE AND
### DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Mark Murphy and Kimberly H. Murphy, TRUSTOR, TO Preferred Home Mortgage Company DATED 12/13/2006, AND RECORDED 12/19/2006 IN DOCKET # 20061652397, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.
LOT 241, CASA DEL REY AT CAMINO A LAGO, ACCORDING TO THE PLAT RECORDED IN BOOK 690 OF MAPS, PAGE (5) 6, AS RECORDED IN THE PUBLIC RECORDS OF MARICOPA COUNTY, ARIZONA.
Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/20/2009

Bank of America, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA         } SS
County of MARICOPA

This instrument was acknowledged before me this 20 day in October 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire 8/26/2013

**OFFICIAL SEAL**
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

State of ARIZONA         } SS
County of MARICOPA

This instrument was acknowledged before me this 20 day in October, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/26/2013

**OFFICIAL SEAL**
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

**Unofficial
Document**

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
12708 W. GLENROSA DR.
LITCHFIELD PARK, AZ 85340

APN#:508-11-198-6

LOAN 0157210501

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

### NOTICE OF SUBSTITUTION OF TRUSTEE AND
### DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Kenneth J. Hoffman, TRUSTOR, TO Wells Fargo Bank, N.A. DATED 12/13/2006, AND RECORDED 12/18/2006 IN DOCKET # 20061644732, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

Lot 99, Wigwam Creek South Parcel 11, according to Book 608 of Maps, page 33, records of Maricopa County, Arizona.

Subject To: Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/21/2009
Wells Fargo, BENEFICIARY

BY: _____
    SHEILA PILAT, ATTORNEY IN FACT

BY: _____
    ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA
County of MARICOPA        } SS

This instrument was acknowledged before me this 21 day in October, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire 8b4/2013

"OFFICIAL SEAL"
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

State of ARIZONA
County of MARICOPA        } SS

This instrument was acknowledged before me this 21 day in October, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8b4/2013

"OFFICIAL SEAL"
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

Document Prepared By:  AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ  85016

PROPERTY ADDRESS:
4320 E. WOODRIDGE DR.
PHOENIX, AZ  85032

APN#:215-17-520

LOAN 60000253057
MIN #

**Unofficial
Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Judy Rochon, TRUSTOR, TO
Charter One DATED 9/20/2007, AND RECORDED 9/25/2007 IN DOCKET # 20071057961, PAGE NA OF OFFICIAL
RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY
RELEASED and SATISFIED.

Lot 141, HEIGHTS AT BEL ESPRIT, according to Book 372 of Maps, page 36, records of Maricopa County, Arizona.
Except one-half of all oil, gas, minerals and/or hydrocarbon substances in or under said land as reserved in Deed recorded
in Docket 3958, page 428.

Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE
ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND
RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY
ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID
TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/19/2009
Charter One, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA                      } SS
County of MARICOPA                    }

This instrument was acknowledged before me this  19  day in
October, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire 8/26/2013

OFFICIAL SEAL
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

State of ARIZONA                      } SS
County of MARICOPA                    }

This instrument was acknowledged before me this  19  day in
October , 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/26/2013

OFFICIAL SEAL
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
22439 NORTH 102ND LANE
PEORIA, AZ 85383

APN#:200-09-456

LOAN 06031154CK2
MIN # 1000666060632011549

**Unofficial
Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Mark Murphy and Kimberly H. Murphy, TRUSTOR, TO Preferred Home Mortgage Compent DATED 12/13/2006, AND RECORDED 12/19/2006 IN DOCKET # 20061652398, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

LOT 241, CASA DEL REY AT CAMINO A LAGO, ACCORDING TO THE PLAT RECORDED IN BOOK 690 OF MAPS, PAGE (S) 6, AS RECORDED IN THE PUBLIC RECORDS OF MARICOPA COUNTY, ARIZONA.

Subject To: Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/20/2009
Bank of America, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA
County of MARICOPA          } SS

This instrument was acknowledged before me this 20 day in October, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire 8/26/2013

State of ARIZONA
County of MARICOPA          } SS

This instrument was acknowledged before me this 20 day in October, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/26/2013

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
2242 E. GARNET AVE
MESA, AZ 852041

APN#:140-61-044

LOAN 0005463495

**Unofficial
Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

### NOTICE OF SUBSTITUTION OF TRUSTEE AND
### DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Gonzalo Moreno, TRUSTOR, TO National City Mortgage a Division of National City Bank DATED 3/23/2007, AND RECORDED 4/4/2007 IN DOCKET # 20070397248, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

LOT 43, KNOELL MESA UNIT ONE, ACCORDING TO BOOK 262 OF MAPS, PAGE 16, RECORDS OF MARICOPA COUNTY, ARIZONA.

Subject To: Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/14/2009
National City Mortgage, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA
County of MARICOPA        } SS

This instrument was acknowledged before me this 14 day in October, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire 8/24/2013

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

State of ARIZONA
County of MARICOPA        } SS

This instrument was acknowledged before me this 14 day in October, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/24/2013

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

**AOM GROUP LLC**
**2942 N 24TH STREET SUITE 109**
**PHOENIX, AZ 85016**

PROPERTY ADDRESS:
6027 N. MILANO CT.
LITCHFIELD PARK, AZ 85340

APN#:508-05-641

LOAN #000431957

**Unofficial
Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

### NOTICE OF SUBSTITUTION OF TRUSTEE AND
### DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Alexander L. Rubio, TRUSTOR, TO First Franklin A Division of Nat. City Bank of IN DATED 8/5/2005, AND RECORDED 8/12/2005 IN DOCKET # 20051158534, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

Lot 167, DREAMING SUMMIT UNIT 2A, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, in Book 541 of Maps, Page 50.

Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/9/2009

Select Portfolio Servicing, Inc., BENEFICIARY

BY: _____
        SHEILA PILAT, ATTORNEY IN FACT

BY: _____
        ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA                               }
County of MARICOPA                         } SS

This instrument was acknowledged before me this __9__ day in October, 2009 by: SHEILA PILAT.

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

_____
Notary Public

My commission will expire 8/26/2013

State of ARIZONA                               }
County of MARICOPA                         } SS

This instrument was acknowledged before me this __9__ day in October, 2009 by: ORLANDO SAGARNAGA.

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

_____
Notary Public

My commission will expire 8/26/2013

Document Prepared By:  AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
4535 N. 111TH GLEN
PHOENIX, AZ 85037

APN#:102-90-675

LOAN 153185094200150100065711

**Unofficial
Document**

20

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Serjio Hernandez and Yvette Hernandez, TRUSTOR, TO GE Money Bank DATED 8/29/2007, AND RECORDED 11/07/2007 IN DOCKET # 20071197853, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

Lot 221, CAMELBACK RANCH UNIT 2, according to Book 777 of Maps, Page 27, records of Maricopa County, Arizona
Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/16/2009
Green Tree, BENEFICIARY

BY: _____
        SHEILA PILAT, ATTORNEY IN FACT

BY: _____
        ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA      } ss
County of MARICOPA

This instrument was acknowledged before me this __16__ day in
__October__, 2009 by: SHEILA PILAT.

_Rebecca Perez_
Notary Public

My commission will expire _8/24/2013_

State of ARIZONA      } ss
County of MARICOPA

This instrument was acknowledged before me this __16__ day in
__October__, 2009 by: ORLANDO SAGARNAGA.

_Rebecca Perez_
Notary Public

My commission will expire _8/24/2013_

OFFICIAL SEAL
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
4131 WEST WALTANN LANE
PHOENIX, AZ 85053

APN#:207-14-018

LOAN 15708170
MIN # 100109800000706862

**Unofficial
Document**

2

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Barry Aguado-Arrowsmith & Maryelizabeth Aguado, TRUSTOR, TO Plaza Home Mortgage, Inc. DATED 8/29/2007, AND RECORDED 9/6/2007 IN DOCKET # 20070993878, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

LOT 618, OF SUNBURST FARMS 17, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY.

Subject To: Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 11/4/2009
GMAC Mortgage, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA        } SS
County of MARICOPA     }

This instrument was acknowledged before me this 4 day in November, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire 8/24/2013

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

State of ARIZONA        } SS
County of MARICOPA     }

This instrument was acknowledged before me this 4 day in November, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/24/2013

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

Document Prepared By:  AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
12708 W. GLENROSA DR.
LITCHFIELD PARK, AZ 85340

APN#:508-11-198-6

LOAN 65065041460490XXX

**Unofficial
Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Kenneth J. Hoffman, TRUSTOR, TO Wells Fargo Bank, N.A. DATED 12/13/2006, AND RECORDED 12/18/2006 IN DOCKET # 20061644733, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY,  STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

Lot 99, Wigwam Creek South Parcel I1, according to Book 608 of Maps, page 33, records of Maricopa County, Arizona.

Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/21/2009
Wells Fargo, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of  ARIZONA
County of  MARICOPA            } ss

This instrument was acknowledged before me this 21  day in
October, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire   8/24/2013

"OFFICIAL SEAL"
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/24/2013

State of  ARIZONA
County of  MARICOPA            } ss

This instrument was acknowledged before me this 21  day in
October, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire   8/24/2013

"OFFICIAL SEAL"
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/24/2013

Document Prepared By:  AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
3692 NORTH 292ND DRIVE
BUCKEYE, AZ 85396

APN#:504-07-083

LOAN 1515800
MIN # 100024200015158005

**Unofficial
Document**

2(

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Jenifer Macias, TRUSTOR, TO
The Home Show Mortgage Inc. DATED 11/17/2006, AND RECORDED 11/27/2006 IN DOCKET # 20061544580, PAGE NA
OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY,  STATE OF
ARIZONA, is FULLY RELEASED and SATISFIED.

Lot 71, Tartesso Unit 1 Amended, a subdivision recorded in Book 752 of Maps, page 2, records of Maricopa County,
Arizona

Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE
ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND
RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY
ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID
TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 9/30/2009
GMAC, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of  ARIZONA
County of  MARICOPA                 } ss

This instrument was acknowledged before me this 30 day in
September 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire  8/24/2013

**OFFICIAL SEAL**
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/24/2013

State of  ARIZONA
County of  MARICOPA                 } ss

This instrument was acknowledged before me this 30 day in
September 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire  8/24/2013

**OFFICIAL SEAL**
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/24/2013

**Unofficial Document**

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
2810 S. ABBEY CIR
MESA, AZ 85212

2

APN#:309-19-013

LOAN 123597685
MIN # 100440605060414010

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt E5

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Timi L. Smith, TRUSTOR, TO
First Option Mortgage DATED 5/25/2006, AND RECORDED 6/5/2006 IN DOCKET # 20060736504, PAGE NA OF
OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is
FULLY RELEASED and SATISFIED.
LOT THIRTEEN (13), SANTA RITA RANCH UNIT 1, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE
OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, IN BOOK 473 OF MAPS, PAGE 13.
  Subject To: Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE
ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND
RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY
ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID
TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/26/2009
IndyMac Mortgage Services, BENEFICIARY

BY: _____
    SHEILA PILAT, ATTORNEY IN FACT

BY: _____
    ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA            } ss
County of MARICOPA          }

This instrument was acknowledged before me this 26 day in
October, 2009 by: SHEILA PILAT.

Rebecca Perez
Notary Public

My commission will expire 8/26/2013

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

State of ARIZONA            } ss
County of MARICOPA          }

This instrument was acknowledged before me this 26 day in
October, 2009 by: ORLANDO SAGARNAGA.

Rebecca Perez
Notary Public

My commission will expire 8/26/2013

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
16697 W. BELLEVIEW STREET
GOODYEAR, AZ 85338

APN#:500-91-059

LOAN 9900143444



Unofficial
Document

2009-

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Gary W. Heath and Julie L. Heath, TRUSTOR, TO Irwin Mortgage Corporation DATED 11/15/2002, AND RECORDED 11/21/2002 IN DOCKET # 20021234486, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

Lots 59, Canyon Trails Unit 2, according to Book 565 of Maps, Page 45, records of Maricopa County Arizona and in Affidavit of Correction recorded at Document No. 02-0631993.

Subject To: Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/27/2009
US Bank Home Mortgage, BENEFICIARY

BY: _____
   SHEILA PILAT, ATTORNEY IN FACT

BY: _____
   ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA          } SS
County of MARICOPA        }



This instrument was acknowledged before me this 27 day in October, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire 8/24/2013

"OFFICIAL SEAL"
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/24/2013

State of ARIZONA          } SS
County of MARICOPA        }

This instrument was acknowledged before me this 27 day in October, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/24/2013

"OFFICIAL SEAL"
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/24/2013

Document Prepared By:  AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
4535 N. 111TH GLEN
PHOENIX, AZ 85037

APN#:102-90-675

LOAN 000537951
MIN # 100020410901547467

**Unofficial Document**

2

FIXFLX

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Sergio Hernandez and Yvette Hernandez, TRUSTOR, TO DHI Mortgage Company, Ltd. Limited Partnership DATED 2/13/2007, AND RECORDED 2/21/2007 IN DOCKET # 20070222934, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

Lot 221, CAMELBACK RANCH UNIT 2, according to Book 777 of Maps, Page 27, records of Maricopa County, Arizona
Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OR WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/16/2009
IndyMac, BENEFICIARY

BY: _____

SHEILA PILAT, ATTORNEY IN FACT

BY: _____

ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA                } ss
County of MARICOPA

This instrument was acknowledged before me this 16 day in October, 2009 by: SHEILA PILAT.

_Rebecca Perez_
Notary Public

My commission will expire  8/26/2013

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

State of ARIZONA                } ss
County of MARICOPA

This instrument was acknowledged before me this 16 day in October, 2009 by: ORLANDO SAGARNAGA.

_Rebecca Perez_
Notary Public

My commission will expire  8/26/2013

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
3692 NORTH 292ND DRIVE
BUCKEYE, AZ 85396

APN#:504-07-083

LOAN 1515795
MIN # 100024200015157957

**Unofficial Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Jenifer Macias, TRUSTOR, TO The Home Show Mortgage Inc. DATED 11/17/2006, AND RECORDED 11/27/2006 IN DOCKET # 20061544579, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

Lot 71, Tartesso Unit 1 Amended, a subdivision recorded in Book 752 of Maps, page 2, records of Maricopa County, Arizona

Subject To: Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 9/30/2009
Bank of America Home Loan, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA
County of MARICOPA } ss

This instrument was acknowledged before me this 30 day in September 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire 8/24/2013

OFFICIAL SEAL
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/24/2013

State of ARIZONA
County of MARICOPA } ss

This instrument was acknowledged before me this 30 day in September 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/24/2013

OFFICIAL SEAL
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/24/2013

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
4438 NORTH 20TH ST
PHOENIX, AZ 85016

APN#:163-30-037 1

LOAN 00993367119704

**Unofficial
Document**

2

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Betty Ann Dyer, TRUSTOR,
TO Argent Mortgage Company, LLC DATED 6/26/2006, AND RECORDED 7/3/2006 IN DOCKET # 20060891134, PAGE NA
OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY,  STATE OF
ARIZONA, Is FULLY RELEASED and Satisfied.

LOT 8, BLOCK 6, PETERS VIEW TRACT 2, ACCORDING TO BOOK 33 OF MAPS, PAGE 17, RECORDS OF
MARICOPA COUNTY, ARIZONA. EXCEPT THAT PART OF SAID LOT 8 DESCRIBED AS FOLLOWS: BEGINNIN
AT THE NORTEAST CORNER OF SAID LOT 8; THENCE SOUTHERLY, ALONG THE EAST LINE THEROF, A
DISTANCE OF 10 FEET; THENCE NORTHWESTERLY TO A POINT ON THE NORTH LIEN OF SAID LOT 8
THAT IS 10 FEET WESTERLY OF THE POINT OF BEGINNING; THENCE TO THE POINT OF BEGINNING.

Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE
ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND
RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY
ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID
TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/16/2009
American Home Mortgage Servicing, Inc, BENEFICIARY

BY: _____
        SHEILA PILAT, ATTORNEY IN FACT

BY: _____
        ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA
County of MARICOPA                    } SS

This instrument was acknowledged before me this  16  day in
Dr.tober, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire  8/24/2013

OFFICIAL SEAL
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
11156 W. HAZELWOOD ST.
PHOENIX, AZ 85037

APN#:102-90-744

LOAN 891336976

**Unofficial Document**

2C

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Gilbert R. Benkez , TRUSTOR, TO National City Mortgage a Division of National City Bank DATED 3/7/2007, AND RECORDED 3/8/2007 IN DOCKET # 20070282955, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.
LOT TWO HUNDRED NINETY (290), CAMELBACK RANCH UNIT 2, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, IN BOOK 777 OF MAPS, PAGE 27
Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 11/2/2009
Greentree, BENEFICIARY

BY: _____
        SHEILA PILAT, ATTORNEY IN FACT

BY: _____
        ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA
County of MARICOPA        } ss

**OFFICIAL SEAL**
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/24/2013

This instrument was acknowledged before me this 2 day in November 2009 by: SHEILA PILAT.

_Rebecca Perez_
Notary Public

My commission will expire 8/24/2013

State of ARIZONA
County of MARICOPA        } ss

**OFFICIAL SEAL**
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/24/2013

This instrument was acknowledged before me this 2 day in November, 2009 by: ORLANDO SAGARNAGA.

_Rebecca Perez_
Notary Public

My commission will expire 8/24/2013

Document Prepared By:  AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
2242 E. GARNET AVE
MESA, AZ 852041

APN#:140-61-044

LOAN 0005463496

**Unofficial
Document**

_____
SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Excerpt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Gonzalo Moreno, TRUSTOR, TO National City Mortgage a Division of National City Bank DATED 3/23/2007, AND RECORDED 4/4/2007 IN DOCKET # 20070397249, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, Is FULLY RELEASED and SATISFIED.
LOT 43, KNOELL MESA UNIT ONE, ACCORDING TO BOOK 202 OF MAPS, PAGE 16, RECORDS OF MARICOPA COUNTY, ARIZONA.

Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/14/2009
National City Mortgage, BENEFICIARY

BY: _____
       SHEILA PILAT, ATTORNEY IN FACT

BY: _____
       ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA                     } ss
County of MARICOPA

This instrument was acknowledged before me this  14   day in October, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire  8/26/2013

State of ARIZONA                     } ss
County of MARICOPA

This instrument was acknowledged before me this  14   day in October, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire  8/26/2013

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
16719 N. 160TH AVE
SURPRISE, AZ 85374

APN#:501-77-449

LOAN 9020005521

**Unofficial Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Lance Christensen and Rebecca Christensen, TRUSTOR, TO Chase Bank USA, N.A. DATED 9/22/2006, AND RECORDED 9/27/2006 IN DOCKET # 20061279347, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and Satisfied.
LOT 160, OF MOUNTAIN VISTA RANCH PARCEL 10, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 417 OF MAPS, PAGE 34.

Subject To: Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/20/2009
Chase, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA
County of MARICOPA    } SS

This instrument was acknowledged before me this 20 day in October, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire 8/26/2013

State of ARIZONA
County of MARICOPA    } SS

This instrument was acknowledged before me this 20 day in October, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/26/2013

* OFFICIAL SEAL *
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

* OFFICIAL SEAL *
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
8014 W. HESS AVE
PHOENIX, AZ 85043

APN#:104-33-568

LOAN 0041065988

**Unofficial
Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Anthony Neely and Sara L
Neely, TRUSTOR, TO World Savings Bank, FSB DATED 11/7/2005, AND RECORDED 11/14/2005 IN DOCKET #
20051718442, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa
COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.
Lot 563, SUNDANCE RANCH, according to the plat recorded in Book 494 of Maps, page 48, records of Maricopa County,
Arizona.
Subject To: Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE
ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND
RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY
ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID
TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/19/2009
Wachovia, BENEFICIARY

BY: _____
     SHEILA PILAT, ATTORNEY IN FACT

BY: _____
     ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA          } SS
County of MARICOPA        }

This instrument was acknowledged before me this 19 day in
October 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire 8/26/2013

State of ARIZONA          } SS
County of MARICOPA        }

This instrument was acknowledged before me this 19 day in
October 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/26/2013

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
4327 N. 71ST DR.
PHOENIX, AZ 85033

APN#:144-39-364 5

LOAN 323858
MIN # 100171906070033724

**Unofficial Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Persuant to A.R.S. 11-1134 Exempt R3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Izai Martinez, TRUSTOR, TO
PRO30 Funding DATED 7/21/2006, AND RECORDED 7/27/2006 IN DOCKET # 2006100542S, PAGE NA OF OFFICIAL
RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY
RELEASED and Satisfied.
LOT 362, OF MARYVALE TERRACE NO. 35 EAST, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE
OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 125 OF MAPS, PAGE
3.

Subject To: Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE
ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND
RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY
ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID
TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/20/2009
EMC Mortgage Corporation, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA        } ss
County of MARICOPA      }

This instrument was acknowledged before me this 20 day in
October 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire 8/26/2013

OFFICIAL SEAL
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

State of ARIZONA        } ss
County of MARICOPA      }

This instrument was acknowledged before me this 20 day in
October, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/26/2013

OFFICIAL SEAL
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
1701 SOUTH 119TH DR.
AVONDALE, AZ 85323

APN#:500-31-524

LOAN 1001807007
MIN # 100241010016070074

**Unofficial
Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Ernesto Escobar, TRUSTOR, TO Rexme Mortgage Corporation DATED 5/30/2006, AND RECORDED 6/9/2006 IN DOCKET # 20060780316, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.
LOT 517, OF CAMBRIDGE ESTATES, A SUBDIVISION, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 549 OF MAPS, PAGE 13 AND AFFIDAVITS OF CORRECTION RECORDED AS 2001-0019422 AND AS 2001-0341255, BOTH OF OFFICIAL RECORDS.

Subject To: Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/19/2009
Chase, BENEFICIARY

BY: _____
       SHEILA PILAT, ATTORNEY IN FACT

BY: _____
       ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA          } SS
County of MARICOPA

"OFFICIAL SEAL"
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

This instrument was acknowledged before me this 19 day in October 2009 by: SHEILA PILAT.

_Rebecca Perez_
Notary Public

My commission will expire 8/26/2013

State of ARIZONA          } SS
County of MARICOPA

"OFFICIAL SEAL"
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

This instrument was acknowledged before me this 19 day in October, 2009 by: ORLANDO SAGARNAGA.

_Rebecca Perez_
Notary Public

My commission will expire 8/26/2013

**Unofficial Document**

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
7317 N. 72ND AVE
GLENDALE, AZ 85303

APN#:143-26-122

LOAN 0206500563

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Andres Guillen and Monica Guillen, TRUSTOR, TO Crestar Mortgage DATED 10/17/2007, AND RECORDED 10/25/2007 IN DOCKET # 20071157942, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

LOT 33, OF ORANGEWOOD VISTA VIEWS, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 791 OF MAPS, PAGE 45.

Subject To: Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/19/2009
Suntrust Mortgage, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA       } SS
County of MARICOPA     }

This instrument was acknowledged before me this 19 day in October, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire 8/26/2013

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

State of ARIZONA       } SS
County of MARICOPA     }

This instrument was acknowledged before me this 19 day in October, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/26/2013

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
16719 N. 160TH AVE
SURPRISE, AZ 85374

APN#:501-77-449

LOAN 1096793040

**Unofficial Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Lance Christensen and Rebecca Christensen, TRUSTOR, TO Chase Bank USA, N.A. DATED 9/22/2006, AND RECORDED 9/27/2006 IN DOCKET # 20061279346, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

LOT 160, OF MOUNTAIN VISTA RANCH PARCEL 10, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 417 OF MAPS, PAGE 34.

Subject To: Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/20/2009
Chase, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA        } ss
County of MARICOPA

This instrument was acknowledged before me this 20 day in October, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire 8/26/2013

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

State of ARIZONA        } ss
County of MARICOPA

This instrument was acknowledged before me this 20 day in October, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/26/2013

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

Document Prepared By:  AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ  85016

PROPERTY ADDRESS:
9835 W. BUTLER DRIVE
PEORIA, AZ 85345

APN#:142-55-329

LOAN 7027776631
MIN # 100039270277706315

**Unofficial
Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Curtis L Mariner & Erika Mariner, TRUSTOR, TO First Magnus Financial Corporation DATED 1/16/2007, AND RECORDED 1/22/2007 IN DOCKET # 20070079348, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

LOT 4, NORTH RANCH, ACCORDING TO BOOK 580, OF MAPS, PAGE 17, RECORDS OF MARICOPA COUNTY, ARIZONA.

Subject To:  Exiting taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/15/2009
Aurora Loan Services, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA
County of MARICOPA   } SS

This instrument was acknowledged before me this  15  day in October, 2009 by: SHEILA PILAT.

_Rebecca Perez_
Notary Public

My commission will expire  8/26/2013

**OFFICIAL SEAL**
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

State of ARIZONA
County of MARICOPA   } SS

This instrument was acknowledged before me this  15  day in October, 2009 by: ORLANDO SAGARNAGA.

_Rebecca Perez_
Notary Public

My commission will expire  8/26/ 2013

**OFFICIAL SEAL**
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
9835 W. BUTLER DRIVE
PEORIA, AZ 85345

APN#:142-55-329

LOAN 3843973174
MIN # 100039238439731745

**Unofficial Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt 03

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Curtis L. Mariner & Erika
Mariner, TRUSTOR, TO First Magnus Financial Corporation DATED 1/16/2007, AND RECORDED 1/22/2007 IN DOCKET #
20070079349, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa
COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.
LOT 4, NORTH RANCH, ACCORDING TO BOOK 580, OF MAPS, PAGE 17, RECORDS OF MARICOPA COUNTY,
ARIZONA.
Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE
ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND
RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY
ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID
TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON  10/15/2009
BSI Financial Services, Inc., BENEFICIARY

BY: _____
        SHEILA PILAT, ATTORNEY IN FACT

BY: _____
        ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA            } SS
County of MARICOPA

"OFFICIAL SEAL"
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

This instrument was acknowledged before me this 15  day in
October 2009 by: SHEILA PILAT.

_Rebecca Perez_
Notary Public

My commission will expire  8/26/2013

State of ARIZONA            } SS
County of MARICOPA

"OFFICIAL SEAL"
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

This instrument was acknowledged before me this 15  day in
October 2009 by: ORLANDO SAGARNAGA.

_Rebecca Perez_
Notary Public

My commission will expire  8/26/2013

**Unofficial Document**

Document Prepared By:  AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
33420 N. 45TH ST.
CAVE CREEK, AZ 85331

APN#:211-60-281-8

LOAN 165491
MIN # 100180100001654910

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Timothy J. Carter & Carolyn G. Carter, TRUSTOR, TO Encore Credit Corp DATED 11/17/2004, AND RECORDED 12/6/2004 IN DOCKET # 20041429648, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.
LOT ONE HUNDRED THIRTY-FOUR (134), DOVE VALLEY RANCH-PARCEL "H", ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 485 OF MAPS, PAGE 44.

Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/7/2009
Litton Loan Service, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA          } ss
County of  MARICOPA

This instrument was acknowledged before me this 7th day in October , 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire 8/26/2013

"OFFICIAL SEAL"
Annette Sagarnaga
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

State of ARIZONA          } ss
County of MARICOPA

This instrument was acknowledged before me this 7th day in October , 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/26/2013

"OFFICIAL SEAL"
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

Unofficial
Document

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2943 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
26886 N. 90TH AVE
PEORIA, AZ 85383

APN#:201-39-450

LOAN 283751

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY , TRUSTOR, TO AmeriFirst Home Improvement Finance Co DATED 2/14/2008, AND RECORDED 3/10/2008 IN DOCKET # 20080207885, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

Lot 22, of Westwing Mountain Phase II, Parcel 19, according to the plat of record in the office of the county recorder of maricopa county, arizona, recorded in book 963 of maps, page 16. Subject to restrictions, reservations, easements, covenants, oil, gas or mineral rights of record, if any.

Subject To: Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OR WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/5/2009
AmeriFirst Home Improvement Finance, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA
County of MARICOPA      } ss

This instrument was acknowledged before me this 5th day in October , 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire 8/26/2013

*OFFICIAL SEAL*
Annette Sagarnaga
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

State of ARIZONA
County of MARICOPA      } ss

This instrument was acknowledged before me this 5th day in October , 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/26/2013

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

Document Prepared By:  AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ  85016

PROPERTY ADDRESS:
4327 N. 71ST DR.
PHOENIX, AZ  85033

APN#:144-39-364 5

LOAN 323857
MIN # 100171906070033708

**Unofficial
Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Isai Martinez, TRUSTOR, TO
PRO30 Funding DATED 7/21/2006, AND RECORDED 7/27/2006 IN DOCKET # 2006100542A, PAGE NA OF OFFICIAL
RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY,  STATE OF ARIZONA, is FULLY
RELEASED and SATISFIED.
LOT 362, OF MARYVALE TERRACE NO. 35 EAST, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE
OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 125 OF MAPS, PAGE
3.

Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE
ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND
RECONVEY, WITHOUT COVENANT OR WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY
ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID
TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON  10/20/2009
EMC Mortgage Corporation, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of  ARIZONA            } ss
County of  MARICOPA

This instrument was acknowledged before me this  20  day in
October, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire  8/26/2013

"OFFICIAL SEAL"
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

State of  ARIZONA            } ss
County of  MARICOPA

This instrument was acknowledged before me this  20  day in
October , 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire  8/26/2013

"OFFICIAL SEAL"
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

Document Prepared By:  AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 169
PHOENIX, AZ 85016

PROPERTY ADDRESS:
1561 S. 171ST LANE
GOODYEAR, AZ 85338

APN#:502-43-162

LOAN 114533417
MIN # 100015700058023405

**Unofficial**
**Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Damon Brogdon, TRUSTOR, TO Countrywide Home Loans, Inc. DATED 9/21/2005, AND RECORDED 9/22/2005 IN DOCKET # 20051403437, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

Lot 256, of COTTONFLOWER UNIT II, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 527 of Maps, Page 30.

Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/5/2009
Bank of America, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA
County of MARICOPA          } ss

This instrument was acknowledged before me this 5th day in October , 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire 8/26/2013

State of ARIZONA
County of MARICOPA          } ss

This instrument was acknowledged before me this 5th day in October , 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/26/2013

Document Prepared By:  AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
4763 E. ELMWOOD ST.
MESA, AZ 85205

APN#:140-02-177

LOAN 2006187491
MIN # 100393220061874910

**Unofficial
Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Curtis Mariner & Beatrice M. Mariner, TRUSTOR, To Capital One Home Loans, LLC DATED 6/22/2006, AND RECORDED 7/14/2006 IN DOCKET # 20060944598, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and Satisfied.

LOT 40, SUNDANCE GROVES, ACCORDING TO THE BOOK 285 OF MAPS, PAGE 10 AND THEREAFTER AFFIDAVIT OF CLARIFICATION RECORDED AUGUST 6, 1985 IN DOCUMENT NO. 85-368589, RECORDS OF MARICOPA COUNTY, ARIZONA.

Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OR WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/19/2009
Bank of America Home Loans, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of  ARIZONA
County of  MARICOPA   } ss

OFFICIAL SEAL
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

This instrument was acknowledged before me this 19 day in October, 2009 by: SHEILA PILAT

_____
Rebecca Perez
Notary Public

My commission will expire 8/26/2013

State of  ARIZONA
County of  MARICOPA   } ss

OFFICIAL SEAL
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

This instrument was acknowledged before me this 19 day in October, 2009 by: ORLANDO SAGARNAGA

_____
Rebecca Perez
Notary Public

My commission will expire 8/26/2013

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
1701SOUTH 119TH DR.
AVONDALE, AZ 85323

APN#:500-31-524

LOAN 1001807029
MIN # 100241001018070298

**Unofficial Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt EO

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Ernesto Escobar, TRUSTOR,
TO Resmae Mortgage Corporation DATED 5/30/2006, AND RECORDED 6/9/2006 IN DOCKET # 20060780317, PAGE NA
OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY,  STATE OF
ARIZONA, is FULLY RELEASED and SATISFIED.
LOT 517, OF CAMBRIDGE ESTATES, A SUBDIVISION, ACCORDING TO THE PLAT OF RECORD IN THE
OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 549 OF
MAPS, PAGE 13 AND AFFIDAVITS OF CORRECTION RECORDED AS 2001-0019422 AND AS 2001-0341255, BOTH
OF OFFICIAL RECORDS.
Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE
ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND
RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY
ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID
TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/19/2009
Chase, BENEFICIARY

BY: _____
    SHEILA PILAT, ATTORNEY IN FACT

BY: _____
    ORLANDO SAGARNAGA, TRUSTEE

State of  ARIZONA
County of  MARICOPA      } ss

This instrument was acknowledged before me this __19__ day in
October , 2009 by: SHEILA PILAT.

_Rebecca Perez_
Notary Public

My commission will expire  8/26/2013

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

State of ARIZONA
County of MARICOPA      } ss

This instrument was acknowledged before me this __19__  day in
October , 2009 by: ORLANDO SAGARNAGA.

_Rebecca Perez_
Notary Public

My commission will expire  8/26/2013

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

RECORDING REQUESTED BY
FELIPE GONZALEZ
AND WHEN RECORDED MAIL TO:
AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

**Unofficial
Document**

2(

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

STATE OF ARIZONA
COUNTY OF MARICOPA

### REVISED TRUSTEE'S DEED

THIS GRANT DEED IS TO REVISE DOCUMENT RECORDED INSTRUMENT NO. 20090378734;
Dated 04/29/2009 at THE RECORDERS OFFICE IN MARICOPA COUNTY, ARIZONA.

Computed on full value of property conveyed, AND
FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

CITIMORTGAGE, INC. hereby GRANT(S) to

FELIPE GONZALEZ a married man

The following described real property in the City of Phoenix, County of Maricopa, State of Arizona:
Commonly known as: 2015 NORTH 24TH PLACE PHOENIX, AZ 85008 .

LOT 12, OF HEATHER BELLE ACCORDING TO BOOK 39 OF MAPS PAGE 47; RECORDS OF
MARICOPA COUNTY, ARIZONA

Date: 10/19/2009

CITIMORTGAGE INC., Substitute Trustee

BY: 
    Orlando Sagarnaga, Agent

State of Aizona    )
               )ss
County of Maricopa   )

On October 19th, 2009 before me Rebecca Perez, a Notary Public personally appeared Orlando Sagarnaga as
Grantor(s)/Trustor(s) who proved to be on the basis of satisfactory evidence to be the person(s) whose name(s)
is/are subscribed to within instrument and acknowledged to me that he/she/ they execute the name in his/her/ their
authorized capacity(ies) and that by his/her/their signature in the instrument the person(s) acted or executed the
instrument. I certified under PENALTY OF PERJURY under the laws of the State of ARIZONA, for the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Rebecca Perez_ (seal)

* OFFICIAL SEAL *
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 3/26/2013

**Unofficial Document**

Document Prepared By:  AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
10975 W. MADISON ST.
AVONDALE, AZ 85323

APN#:101-01-724

LOAN 0901460396
MIN # 100024200014603969

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Patience C. Isoa, TRUSTOR, TO America Brokers Conduit DATED 10/10/2006, AND RECORDED 10/18/2006 IN DOCKET # 20061374457, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY,  STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

LOT 262, OF ROOSEVELT PARK UNIT 1, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 716 OF MAPS, PAGE 47.

Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/21/2009
Countrywide, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA            } SS
County of MARICOPA

This instrument was acknowledged before me this 21 day in October 2009 by SHEILA PILAT.

_____
Notary Public

My commission will expire 8/24/2013

OFFICIAL SEAL
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/24/2013

State of ARIZONA            } SS
County of MARICOPA

This instrument was acknowledged before me this 21 day in October, 2009 by ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/24/2013

OFFICIAL SEAL
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/24/2013

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
1266 E. PRESS PL.
QUEEN CREEK, AZ 85242

APN#:109-26-050

LOAN 206016778
MIN # 100131020600167785



Unofficial
Document

MA

2009–

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt R3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY , TRUSTOR, TO 206016778
DATED 1/23/2006, AND RECORDED 1/27/2006 IN DOCKET # 2006012951, PAGE NA OF OFFICIAL RECORDS IN THE
OFFICE OF THE COUNTY RECORDER OF Pinal COUNTY,  STATE OF ARIZONA, is FULLY RELEASED and
SATISFIED.

Lot 50, Wayne Ranch, according to the plat recorded in cabinet e, slide 38, records of pinal county, arizona.

Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE
ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND
RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY
ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID
TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON
CitiMortgage, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA        } SS
County of MARICOPA

This instrument was acknowledged before me this 30th day in
September, 2009 by: SHEILA PILAT.

**OFFICIAL SEAL**
Annette Sagarnaga
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

_____
Notary Public

My commission will expire  8/26/2013

State of ARIZONA        } SS
County of MARICOPA

This instrument was acknowledged before me this 30th day in
SEPTEMBER, 2009 by: ORLANDO SAGARNAGA.

ROBERT G ALSBURY
Notary Public, State of Arizona
Maricopa County
My Commission Expires
August 31, 2010

_____
Notary Public

My commission will expire  8/31/2010

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
10975 W. MADISON ST.
AVONDALE, AZ 85323

APN#:101-01-724

LOAN 0001460402

**Unofficial
Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Patience C. Isoa, TRUSTOR, TO America Brokers Conduit DATED 10/10/2006, AND RECORDED 10/18/2006 IN DOCKET # 2006137445B, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

LOT 262, OF ROOSEVELT PARK UNIT 1, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 716 OF MAPS, PAGE 47.

Subject To: Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/21/2009
City Mortgage, BENEFICIARY

BY: _____
     SHEILA PILAT, ATTORNEY IN FACT

BY: _____
     ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA          } ss
County of MARICOPA

This instrument was acknowledged before me this 21 day in October, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire 8/26/2013

State of ARIZONA          } ss
County of MARICOPA

This instrument was acknowledged before me this 21 day in October, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/26/2013

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
1561 S. 171ST LANE
GOODYEAR, AZ 85338

APN#:502-43-162

LOAN 6817900683301

**Unofficial
Document**

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Excerpt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY R D Brogdon, TRUSTOR, TO Bank of America DATED 5/17/2006, AND RECORDED 7/18/2006 IN DOCKET # 20060953915, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

Lot 256, of COTTONFLOWER UNIT II, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 527 of Maps, Page 30.

Subject To: Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/5/2009
Bank of America, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA
County of MARICOPA          } SS

This instrument was acknowledged before me this 5th day in October, 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire 8/26/2013

*OFFICIAL SEAL*
Annette Sagarnaga
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

State of ARIZONA
County of MARICOPA          } SS

This instrument was acknowledged before me this 5th day in October, 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/26/2013

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

**Unofficial Document**

Document Prepared By: AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
26886 N. 90TH AVE
PEORIA, AZ 85383

APN#:201-39-450

LOAN 3308162175

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Matthew N. Farmer, TRUSTOR, TO Bank of America DATED 12/7/2007, AND RECORDED 1/8/2008 IN DOCKET # 20080017970, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

Lot 22, of Westwing Mountain Phase II, Parcel 19, according to the plat of record in the office of the county recorder of maricopa county, arizona, recorded in book 963 of maps, page 16. Subject to restrictions, reservations, easements, covenants, oil, gas or mineral rights of record, if any.

Subject To: Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/5/2009
Bank of America, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA          } SS
County of MARICOPA        }

This instrument was acknowledged before me this 5th day in October , 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire 8/26/2013

**OFFICIAL SEAL**
Annette Sagarnaga
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

State of ARIZONA          } SS
County of MARICOPA        }

This instrument was acknowledged before me this 5th day in October , 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/26/2013

**OFFICIAL SEAL**
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

**Unofficial Document**

Document Prepared By:  AOM GROUP LLC

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
7239 W. PEORIA AVE
PEORIA, AZ 85345

APN#:143-08-012

LOAN 187795125
MIN # 100133700030112521

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY Francisco Pesqueira, TRUSTOR, TO Countrywide Bank, FSB. DATED 5/13/2008, AND RECORDED 6/13/2008 IN DOCKET # 20080527733, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

LOT 5, SUNTOWN UNIT THREE, ACCORDING TO BOOK 145 OF MAPS, PAGE 5, RECORDS OF MARICOPA COUNTY, ARIZONA.

Subject To:  Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 10/7/2009
Countrywide, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA
County of MARICOPA          } SS

This instrument was acknowledged before me this 7th day in October , 2009 by: SHEILA PILAT.

_____
Notary Public

My commission will expire  8/26/2013

*OFFICIAL SEAL*
Annette Sagarnaga
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013

State of ARIZONA
County of MARICOPA          } SS

This instrument was acknowledged before me this 7th day in October , 2009 by: ORLANDO SAGARNAGA.

_____
Notary Public

My commission will expire 8/24/2013

*OFFICIAL SEAL*
Rebecca Perez
Notary Public - Arizona
Maricopa County
My Commission Expires 8/26/2013