# EXHIBIT E



# ARIZONA FORECLOSURE ASSISTANCE

Providing Financial Solutions One Family at a Time

## Welcome to Arizona Foreclosure Assistance

Arizona Foreclosure Assistance proudly helps families all over the state to keep their home by focusing on finding the right solution for each situation.

With our variety of programs, there is always an option. Many customers tell us that they had been told they were going to lose their home. With our programs, we were able to find a way to keep their home and make it affordable for years to come.

## Programs

If you want to get out of foreclosure, we can negotiate with your lender to **avoid foreclosure or stop foreclosure** and get you back on the right track. We have three programs to help you.

read more

### Loan Modification

We can help you negotiate with your lender to have the delinquent amount applied to the end of the current loan and resume normal payments. This can include a lower interest rate and principal reduction.

**Learn More**

### Short Sale

We can help you negotiate with your lender to have the delinquent amount applied to the end of the current loan and resume normal payments. This can include a lower interest rate and principal reduction.

**Learn More**

### Other Options

We may be able to file suit against your lender to stop foreclosure. This program works regardless of your debt to income ratios, monthly gross income and lender.

**Learn More**



# ARIZONA FORECLOSURE ASSISTANCE

Providing Financial Solutions One Family at a Time

## Other Options

**Services Provided by AFA:**

- Mortgage rescission - We can potentially cancel your mortgage if truth-in-lending violations and or mortgage fraud occured.
- Seek relief in court
    - Eviction proceedings
    - Quiet title.
    - Federal & bankruptcy law suits.
- Use lenders inability to produce the signed blue ink original promissory note required to foreclose in a judicial foreclosure. Arizona is a non judicial state so please call to inquire about how this can potentially work in your case
- We work on reducing the principle balance. This cannot be accomplished with a loan modification program
- Help you stay in your home anywhere from 12-24 months while the lawsuit is taking place without making payments to your mortgage company *

**Why is this option for me?**

- You are or have experienced a hardship that has affected your ability to pay
- You have received a notice of default
- You are contemplating bankruptcy, or are currently in bankruptcy.
- You have received a notice of trustee sale (your home will be sold at auction)
- You can no longer pay the required monthly payment and need to re-negotiate the terms of your mortgage
- You tried to negotiate with your lender on your own but were denied
- You owe more than your house is worth
- The payment you need can not be provided through a loan modification
- You would like to stay in your home for as long as possible with a great affordable monthly payment

Get help now!



# ARIZONA FORECLOSURE ASSISTANCE

Providing Financial Solutions One Family at a Time

## Here are some Frequently Asked Questions...and Answers

**Hide All**

**What makes you different from other companies out there?**

Arizona Foreclosure Assistance not only negotiates with your lender to modify your loan, we are able to provide a forensic loan audit to find any discrepancies in your loan paperwork that would be deemed a violation. In a lot of cases, your loan can be rescinded or reduced drastically in an effort to avoid costly litigation. If your loan was rescinded, that means your home is now free and clear! Please note that this is not a guarantee of results.

**What is a forensic loan audit?**

A forensic loan audit is perhaps the single best way to get your home loan modified at the best possible terms imaginable! The main purpose is to determine if there are violations of federal law! Almost 75% of loans conducted since 2000 and just about all of sub-prime loans have major RESPA and TILA violations. If these violations are found, most lenders will choose to renegotiate the terms of the loan to avoid costly litigation! This of course allows us to push for more favorable terms.

**Do I qualify?**

If you are experiencing a current hardship or have no equity in your home regardless of your current situation, we can help!

**Do you accept payment plans?**

Yes we do! Although our services are priced well below most other loan modification companies, we understand that everyone represents a unique set of circumstances that might limit their options. We will not turn anyone away that genuinely needs our help!

**Do you have a money back guarantee?**

Yes, if we are not able to qualify you for a hardship program with your lender, we will refund your monies minus administration costs per our service agreement. This applies only to the loan modification services.

**How long do I have to act?**

Time is of the essence when you are behind on house payments. Time is definitely not your friend in this situation. Each day that passes makes it that much harder to get an agreement worked out with your lender that you can live with. The home foreclosure process can take anywhere from a few weeks to months, depending on your state law and the method of foreclosure your lender chooses to use. We have encountered many homeowners who did not even know that they had already lost their house!

**Should I file for bankruptcy to save my house?**

Chapter 7 & 13 are some of the options, but it has advantages and disadvantages. Our program works very well in bankruptcy as the bankruptcy courts tend to favor home owners more so than state and federal courts.

**What if I can no longer afford my home? Can this agency still help me?**

Yes. If you and your loss mitigation specialist are certain that you cannot afford your home any longer and you wish to sell, this agency can help you with a non-retention option (short sale payoff or a deed-in lieu of foreclosure) with your lender.

**I'm currently in bankruptcy. Can you still help?**

Yes, but your bankruptcy attorney must be willing to work with us. Please contact us for more information.

**I talked with my lender and they just want all their money. Can you still help me?**

Yes. Most of our clients have experienced this kind of inflexibility from their lenders before calling us. We are trained to negotiate with your lender and have a great track record helping homeowners all over Arizona.

**Hide All**



# ARIZONA FORECLOSURE ASSISTANCE

Providing Financial Solutions One Family at a Time

## Contact Us

Arizona Foreclosure Assistance
2942 24th St. Suite #109
Phoenix, AZ 85016

Toll Free: 602-424-5734

Your Name:

Phone Number:

Email Address:

How close are you to foreclosure?
◉ Within two weeks
○ Within one month
○ Two or more months

Submit