# EXHIBIT F

AND WHEN RECORDED MAIL TO:

AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
7913 NORTH 88TH LANE
PHOENIX, AZ 85016



OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2009-0925743 10/06/09 09:14 AM
6 OF 9
FLORESC

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## QUIT CLAIM DEED

For consideration of Ten Dollars, and other valuable considerations, We, **STEVEN J VON PRISK & MARISSA L VON PRISK who acquired title as husband and wife,** hereby quit-claim to **STEVEN J VON PRISK & MARISSA L VON PRISK, husband and wife,** all right, title, interest or duties held by any and all "TRUSTEES, SUCCESSOR TRUSTEES, SUBSTITUTED TRUSTEES, AGENTS, SERVICERS, BENEFICIARIES, ASSIGNS, AND TRANSFERS who have been removed/released/discharged by Steven J Von Prisk & Marissa L Von Prisk, Trustor/Grantor. Steven J Von Prisk & Marissa L Von Prisk also Cancelled Deed of Trust Record Instrument Number 20060970588 recorded July 20th, 2006 namely all right, title, interest, and duties of Wells Fargo Home Mortgage, Provident Funding Associates, First American Title Company & Mers in the following real property situated in **Maricopa** County, State of **ARIZONA**:

Lot 7, of Rovey Farm Estates North, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 611 of Maps, Pag 3 and Correction recorded in Document No. 2003-944708..
Subject To: Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THIS TRANSFER IS EXEMPT FROM AFFIDAVIT OF PROPERTY VALUE REQUIREMENT OF A.R.S. 11-1134 B3

Dated this 17th day in September, 2009

_____
Steven J Von Prisk & Marissa L Von Prisk by Sheila Pilat Power of Attorney

State of **ARIZONA**            } ss
County of **MARICOPA**

CASSANDRA ORNELAS
Notary Public, State of Arizona
Maricopa County
My Commission Expires
April 09, 2013

This instrument was acknowledged before me this 17th day in September, 2009 by Sheila Pilat.

_____
Notary Public

My commission will expire April 09, 2013