# EXHIBIT G

Document Prepared By: AOM GROUP LLC
AND WHEN RECORDED MAIL TO:
AOM GROUP LLC
2942 N 24TH STREET SUITE 109
PHOENIX, AZ 85016

PROPERTY ADDRESS:
7913 NORTH 88TH LANE
PHOENIX, AZ 85016

APN# 142-28-027

LOAN #416070040
MIN # 1000179-0416070040-9



OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2009-0868562 09/18/09 10:36 AM
2 OF 3
HOYP

SPACE ABOVE THIS LINE FOR RECORDER'S USE
Pursuant to A.R.S. 11-1134 Exempt B3

## NOTICE OF SUBSTITUTION OF TRUSTEE AND
## DEED OF RELEASE AND RECONVEYANCE

WHEREAS, THE INDEBTEDNESS SECURED BY THE DEED OF TRUST EXECUTED BY STEVEN J VON PRISK & MARISSA L VON PRISK, TRUSTOR, TO PROVIDENT FUNDING ASSOCIATES, L.P. DATED 7/14/2006, AND RECORDED 7/20/2006, IN DOCKET # 20060970588, PAGE NA OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF Maricopa COUNTY, STATE OF ARIZONA, is FULLY RELEASED and SATISFIED.

Lot 7, of Rovey Farm Estates North, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 611 of Maps, Pag 3 and Correction recorded in Document No. 2003-944708..

Subject To: Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

THE UNDERSIGNED BENEFICIARY HEREBY APPOINTS AOM GROUP LLC, SUCCESSOR TRUSTEE UNDER THE ABOVE MENTIONED DEED OF TRUST.

NOW, THEREFORE THE TRUSTEE(S) UNDER THE SAID DEED OF TRUST DO(ES) HEREBY RELEASE AND RECONVEY, WITHOUT COVENANT OF WARRANTY, EXPRESS OR IMPLIED, UNTO THE PARTIES LEGALLY ENTITLED THERETO ALL RIGHTS, TITLE AND INTEREST WHICH WAS HERETOFORE ACQUIRED BY SAID. TRUSTEE(S) UNDER SAID DEED OF TRUST.

DATED ON 9/17/2009
WELLS FARGO HOME MORTGAGE, BENEFICIARY

BY: _____
SHEILA PILAT, ATTORNEY IN FACT

BY: _____
ORLANDO SAGARNAGA, TRUSTEE

State of ARIZONA
County of MARICOPA     } SS

CASSANDRA ORNELAS
Notary Public, State of Arizona
Maricopa County
My Commission Expires
April 09, 2013

This instrument was acknowledged before me this 18th day in September, 2009 by: SHEILA PILAT.

Notary Public
My commission will expire April 09, 2013

State of ARIZONA
County of MARICOPA     } SS

ROBERT G ALSBURY
Notary Public, State of Arizona
Maricopa County
My Commission Expires
August 31, 2010

This instrument was acknowledged before me this 18th day in September, 2009 by: ORLANDO SAGARNAGA.

Notary Public
My commission will expire 8/31/2010