# EXHIBIT H

Wells Fargo Home Mortgage
P.O. Box 9039
Temecula, Ca 92589-9039



2222195085

July 19, 2009

5418/708DAY30/AZ

STEVEN J VON PRISK
MARISSA L VON PRISK
7913 NORTH 88TH LANE
GLENDALE, AZ 85305-3920

Dear Borrower(s):                                                                                   RE: Loan Number 0202423968

Our records indicate that your loan is in default. Unless the payments on your loan can be brought current by August 18, 2009, it will become necessary to accelerate your Mortgage Note and pursue the remedies provided for in your Mortgage or Deed of Trust. The total delinquency against your account as of today's date is as follows:

|  |  |  |
|---|---:|---:|
| Past Due Payments | $ | 4,694.08 |
| Late Charge Balance | $ | 206.12 |
| Other Fees | $ | 25.00 |
| Suspense Balance | -$ | 0.00 |
| **Total Delinquency as of July 19, 2009** | **$** | **4,925.20** |
| Payments due in next 30 days | $ | 2,347.04 |
| **Total due to cure default and bring loan current as of August 18, 2009** | **$** | **7,272.24** |

Your failure to pay this delinquency, plus additional payments and fees that may become due, will result in the acceleration of your Mortgage Note. Once acceleration has occurred, a foreclosure action, or any other remedy permitted under the terms of your Mortgage or Deed of Trust, may be initiated.

You have the right to reinstate your Mortgage Note and Mortgage or Deed of Trust after acceleration. However, any future negotiations attempting to reinstate your loan or any payment of less than the full amount due shall not constitute Wells Fargo Bank, N.A.'s waiver of the acceleration unless agreed to, in writing, by Wells Fargo Bank, N.A. and may be returned. If foreclosure is initiated, you will have the right to refute the existence of a default or offer any other defense to acceleration you may deem appropriate. You have the right to bring a court action to assert the non-existence of a default or any other defense you may have to acceleration and sale.

To avoid the possibility of acceleration you must pay:

$4,925.20 By July 31, 2009, 2:00 P.M. Central Time or
$7,272.24 By August 18, 2009 2:00 P.M. Central Time,

in CERTIFIED funds, to Wells Fargo Home Mortgage, 1 Home Campus, X2302-04A, Des Moines, IA 50328. If funds are not received by the above stated time, we will proceed with acceleration.

We are required by Federal Law to notify you of the availability of government approved home ownership counseling

5418.708.DAY30.AZ.0

agencies designed to help homeowners avoid losing their home. To obtain a list of approved counseling agencies for your state please call 1-800-569-4287. We urge you to give this matter your immediate attention.

If you would like to discuss the present condition of your loan, or if we can be of further assistance, please call our Loan Service Representatives at 1-800-416-1472, Monday through Friday, 8:00 AM to 8:00 PM, Central Time. This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt and, this company has a security interest in the property and will only exercise its rights as against the property.

Sincerely,

Wells Fargo Home Mortgage
Default Management Department