# EXHIBIT I

```
                                              OFFICIAL RECORDS OF
                                             MARICOPA COUNTY RECORDER
                                                  HELEN PURCELL
                                         20090858999  09/16/2009  03:33
                                               ELECTRONIC RECORDING
```

WHEN RECORDED MAIL TO:

**TIFFANY & BOSCO, P.A.**
Michael A. Bosco, Jr.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016

2913119-3-3-3--
Yorkm

0202423968/FNMA
Title No: 2913119
FHA/VA No.:

## NOTICE OF TRUSTEE'S SALE
### File ID. #09-48025   Von Prisk

Notice is hereby given that **Michael A. Bosco, Jr., Attorney at Law**, as trustee (or successor trustee, or substituted trustee), pursuant to the Deed of Trust which had an original balance of **$330,400.00** executed by **Steven J. Von and Marissa V. Prisk, husband and wife, 9210 West Mackenzie Drive, Phoenix, AZ 85037**, dated **July 14, 2006** and recorded on **07/20/06** as Recording No./Book-Page **2006-0970588** of Official Records in the office of the County Recorder of **Maricopa** County, State of Arizona, will sell the real property described herein by public auction on **December 16, 2009 at 10:00 A.M. at the office of Michael A. Bosco, Jr., 7720 North 16th Street, Suite 300, in the City of Phoenix, County of Maricopa, State of Arizona**, , to the highest bidder for cash (in the forms which are lawful tender in the United States and acceptable to the Trustee, payable in accordance with ARS 33-811A), all right, title, and interest conveyed to and now held by it under said Deed of Trust, in the property situated in said County and State and more fully described as:

See Attachment "A"

The street address/location of the real property described above is purported to be:

>  7913 North 88th Lane
>  Glendale, AZ   85305
>  Tax Parcel No.: 142-28-027

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein.

The beneficiary under the aforementioned Deed of Trust has accelerated the Note secured thereby and has declared the entire unpaid principal balance, as well as any and all other amounts due in connection with said Note and/or Deed of Trust, immediately due and payable.

*(Notice of Sale continued following page .........)*

*Page 2 of Notice of Trustee's Sale*
*File ID: 09-48025 Von Prisk*

Said sale will be made in an "as is" condition, but without covenant or warranty, express or implied, regarding title, possession or encumbrances, to satisfy the indebtedness secured by said Deed of Trust, advances thereunder, with interest as provided therein, and the unpaid principal balance of the Note secured by said Deed of Trust with interest thereon as proved in said Note, plus fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust.

Current Beneficiary:
    Wells Fargo Bank, N.A.

Care of / Servicer
    Wells Fargo Home Mortgage Inc
    3476 Stateview Boulevard, MAC #X7801-014
    Fort Mill, SC  29715

Current Trustee:
Michael A. Bosco, Jr.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
(602) 255-6035

NOTICE:  This proceeding is an effort collect a debt on behalf of the beneficiary under the referenced Deed of

Dated: September 16, 2009

**Michael A. Bosco Jr.**
Digitally signed by Michael A. Bosco Jr.
DN: c=US o=National Notary Association ou=Individual, 450332 email=mab@tblaw.com
Date: 2009.09.16 12.05.45 -07:00

Michael A. Bosco, Jr., Attorney at Law
Trustee/Successor Trustee, is qualified per ARS Section 33-803 (A)2 as a member of The Arizona State Bar

STATE OF ARIZONA)
                   ) ss.
County of Maricopa   )

The foregoing instrument was acknowledged before me this 16th day of September, 2009, by Michael A. Bosco, Jr., Attorney at Law, as Trustee.

OFFICIAL SEAL
PAULA GRUNTMEIR
NOTARY PUBLIC   State of Arizona
MARICOPA COUNTY
My Comm. Expires Oct. 23, 2011

Digitally signed by Paula Gruntmeir
DN: c=US o=National Notary Association ou=Comm. Exp. Date 8/24/2012,
email=PSG@TBLaw.com
Date: 2009.09.16 12.05.45 -07:00

Notary Public for the said County and State
My Commission Expires: January 19th, 2010

Trust.  Any information obtained will be used for that purpose.  Unless the loan is reinstated, this Trustee's Sale proceedings will result in foreclosure of the subject property.

NOTICE:  If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid.  The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee or the Mortgagee's attorney.

*Attachment "A" of Notice of Trustee's Sale*
*File ID: 09-48025 Von Prisk*

Legal Description:

Lot 7, of ROVEY FARM ESTATES NORTH, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 611 of Maps, page 3, and Correction recorded in Document No. 2003-944708.