# EXHIBIT J

# Snell & Wilmer



Phoenix
Tel. 602.382.6514
gmarshall@swlaw.com
vCard

**RELATED SERVICES**

Commercial Litigation
Financial Services
Litigation
Insurance
Non-Profit/Tax-Exempt Organizations
Product Liability Litigation

**RELATED INFORMATION**

Related News & Events
Related Publications

## Gregory J. Marshall | Partner

Greg Marshall's practice is concentrated in product liability and commercial litigation. He has defended product liability actions for national and international manufacturers of consumer, automotive, industrial, and other complex products. Greg's practice includes national and regional representation of national product manufacturers, including managing defense programs for pattern litigation. His commercial litigation practice is concentrated in the defense of banks, credit card companies, mortgage companies, money transmitters, and other financial institutions in various litigation and regulatory matters, and insurance bad faith defense.

### Education

- Emory University School of Law (J.D., 1999)
    - Dean's Fellow
    - Order of the Barristers
    - Order of the Advocates
- University of Arizona (B.A., *cum laude*, 1995)

### Court Admissions

- Supreme Court of Arizona
- United States District Court, District of Arizona

### Professional Memberships & Activities

- State Bar of Arizona
- Phoenix Art Museum, Men's Art Council Director (2005-2007)
- Arizona Bar Foundation, Legal Services Committee, Director (2005-2006)
- Products Liability Practice Group Administration
- Snell & Wilmer Pro Bono Committee, Chairperson
- Snell & Wilmer Hiring Committee
- Arizona Association of Defense Counsel
- American Bar Association

### Representative Presentations & Publications

- *Lenders Prevail in Lawsuits by Borrowers Seeking to Enforce Federal Loan Modification Programs*, Co-Author, Pratt's Journal of Bankruptcy Law, Vol. 6, No. 6 (September 2010)
- *An Occurrence of An Accident: Issues Associated with Electronic Stability Control,* Speaker, Automotive Product Liability Conference, American Conference Institute (October 2008)
- *Three Scary Words - Made in China,* Presenter, Sporting Goods Manufacturers Association, Defense Research Institute (February 2008)
- *The Misuse Defense - Reviving the Complete Bar to Recovery,* Co-Author, E-Common Defense Newsletter, AADC (August 2005)
- *Fraudulent Joinder: An Important Tool to Ensure The Integrity of the Removal Statute,* Author, E-Common Defense Newsletter, AADC (May 2005)
- *Am I Defending the Product or the Seller? - A Reaction to the Bridgestone/Firestone Decision,* Co-Author, E-Common Defense Newsletter, AADC (October 2004)

© 2010 Snell & Wilmer L.L.P. All Rights Reserved.