# EXHIBIT K

# Snell & Wilmer



Phoenix
Tel. 602.382.6555
jnore@swlaw.com
vCard

**LexisNexis Martindale-Hubbell**
**Peer Review Rated**
For Ethical Standards and Legal Ability
**AV Rated**

**RELATED SERVICES**

Antitrust
Appellate
Commercial Litigation
Franchise Services
Insurance
Labor and Employment
Securities Litigation

**RELATED INFORMATION**

Related News & Events

### Jennifer P. Nore | Partner

Jennifer Nore's practice is concentrated in complex trial and appellate practice with special emphasis on intellectual property and complex commercial cases. Her additional practice areas include antitrust and trade regulation, appellate services, franchising and licensing, insurance litigation, intellectual property and technology, labor and employment, and securities litigation.

### Education

- Arizona State University College of Law (J.D., *magna cum laude*, 1977)
    - Articles Editor, *Arizona State Law Journal*
- University of Toledo (M.Ed., 1972)
- Albion College (B.A., *cum laude*, 1970)

### Court Admissions

- Supreme Court of Arizona
- United States District Court, District of Arizona
- United States District Court, Northern District of California
- United States Court of Appeals, Third Circuit
- United States Court of Appeals, Ninth Circuit

### Professional Memberships & Activities

- State Bar of Arizona
- Maricopa County Bar Association
- American Bar Association
- Securities Industry Association, Compliance and Legal Division

### Professional Recognition & Awards

- The Best Lawyers in America®, Commercial Litigation (2003-2011)
- *Super Lawyers® - Corporate Counsel Edition (2010)*
- *Southwest Super Lawyers®* (2007-2009)
- Best of the Bar, The Phoenix Business Journal

### Community Involvement

- Arizona State University College of Law, Moot Court Judge
- Faculty National Institute of Trial Advocacy
- Valley Big Brothers/Big Sisters

### Other Professional Experience

- Bivens & Nore, P.A., Partner
- Meyer Hendricks & Bivens, P.A., Partner
- Brown & Bain, P.A., Partner

© 2010 Snell & Wilmer L.L.P. All Rights Reserved.