# EXHIBIT L

# Snell & Wilmer



Phoenix
Tel. 602.382.6304
asheridan@swlaw.com
vCard

---

**RELATED SERVICES**

Commercial Litigation

## Amanda Sheridan | Associate

Amanda Sheridan's practice is focused on litigation.

### Education

- University of Kansas School of Law (J.D., 2009)
    - Order of the Coif
    - Moot Court Council Member
    - Recipient, Rice Foundation Scholarship
- The George Washington University (M.A., Women's Studies/Public Policy, 2002)
- Missouri State University (B.S., Sociology, *summa cum laude*, 2000)
    - Recipient, Presidential Scholarship

### Court Admissions

- Supreme Court of Arizona
- United States District Court, District of Arizona

### Professional Memberships & Activities

- Defense Research Institute

### Other Professional Experience

- Paul E. Wilson Defender Project, Student Director (2008-2009)
- University of Kansas School of Law, Teaching Assistant in Legal Research and Writing (2007-2009)
- Martin, Pringle, Oliver, Wallace & Bauer, L.L.P., Summer Associate (2007)

© 2010 Snell & Wilmer L.L.P. All Rights Reserved.