# EXHIBIT M

# Snell & Wilmer



Phoenix
Tel. 602.382.6386
jdestefano@swlaw.com
vCard

**RELATED SERVICES**

Appellate
Business and Finance
Commercial Litigation
Professional Liability
Litigation
Real Estate Litigation

**RELATED INFORMATION**

Related News & Events
Related Publications

**RELATED LANGUAGES**

Greek
Italian
Latin
Spanish

## John M. DeStefano III | Associate

John DeStefano's practice is concentrated in general commercial litigation with emphasis in real estate, banking, business tort, professional liability, and contract cases, as well as appellate services. He has represented many financial services institutions and other members of the lending industry in disputes under state and federal law, including consumer protection matters, lender liability actions, and challenges to the fundamental elements of the secondary mortgage market. John has experience in both federal and state court, including complex federal class action and multidistrict litigation.

### Education

- University of Arizona, James E. Rogers College of Law (J.D., 2007)
    - Senior Managing Editor, *Arizona Law Review*
    - Award for Highest Academic Achievement in Graduating Class
- Harvard University (A.B., Classics, 2001)

### Court Admissions

- Supreme Court of Arizona
- United States District Court, District of Arizona
- United States Court of Appeals, Ninth Circuit

### Professional Memberships & Activities

- American Bar Association
- Federal Bar Association
- Lorna Lockwood Inn of Court
- Volunteer Lawyers Program of Arizona

### Representative Presentations & Publications

- *Lenders Prevail in Lawsuits by Borrowers Seeking to Enforce Federal Loan Modification Programs*, Co-Author, Pratt's Journal of Bankruptcy Law, Vol. 6, No. 6 (September 2010)
- *On Literature as Legal Authority*, Note, 49 Ariz. L. Rev. 521 (2007)
- *Maricopa-Stanfield Irrigation & Drainage Dist. v. Robertson: Abiding by the Federal Course of Interstate Water Allocation*, 48 Ariz. L. Rev. 201, Case Note (2006)

### Other Professional Experience

- U.S. District Court, District of Arizona
    - Law Clerk to the Hon. Neil V. Wake (2008-2009)
- U.S. Court of Appeals, Ninth Circuit
    - Law Clerk to the Hon. William C. Canby, Jr. (2007-2008)

© 2010 Snell & Wilmer L.L.P. All Rights Reserved.