1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AOM, Group, LLC, Trustee of Stemar Land Trust, Steven J. Von Prisk and Marisssa L. Von Prisk, beneficiaries,<br><br>Plaintiff,<br><br>vs.<br><br>Provident Funding Associates, LP, First American Title Company, Trustee, Mortgage Electronic Registration Systems, Inc, Mark S. Bosco, Wells Fargo Bank, NA, Michael A. Bosco, Jr., its assignees and/or successors-in-interest and Does 1-40,<br><br>Defendants. | No. CV 10-00605-PHX-MHM<br><br>**ORDER** |

Pursuant to the Motion for Sanctions and Attorneys' Fees of Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), good cause having been shown,

IT IS HEREBY ORDERED that Wells Fargo's Motion for Sanctions and Attorneys' Fees is GRANTED pursuant both to Fed. R. Civ. P. 11 and A.R.S. 12-341.01. The Clerk shall amend the judgment to include an award of _____ in attorneys' fees against AOM Group, LLC, and Richard Clark, to be jointly and severally liable thereon.